# Exhibit A

# YONKERS POLICE DEPARTMENT
## CRIME INVESTIGATION REPORT

OFFENSE CLASSIFICATION

OFFENSE TYPE: ☒ Felony ☐ Misd ☐ Violation ☐ C.O.

CLEARED BY:
☐ ARREST ☐ WARRANT OBTAINED ☐ NO
☐ UNFOUNDED ☐ CT. ACTION ADVISED ☐ OTHER

| 1. INCIDENT NO. | 2. OFFENSE TYPE |
|---|---|
| 10-123793 | RECKLESS ENDANGERMENT 1ST (PL 120.25) |

| 3. WHEN REPORTED | MONTH / DAY / YEAR 10/23/2010 | TIME 22:25 | 4. LOCATION OF OFFENSE 30 MULBERRY ST | 5. PCT. 4th | SECTOR 402 | 6. TYPE OF PREMISES STREET |
|---|---|---|---|---|---|---|

| 7. WHERE REPORTED #4 | 8. OCCURRED DATE 10/23/2010 | TIME 22:25 | 9. TO DATE / / | TO TIME : | 9. OCCURRED DAY SAT | 10. TO WEEK DAY SAT | 11. VISIBLE TO PATROL? ☐ YES ☒ NO | 12. GRID |
|---|---|---|---|---|---|---|---|---|

| 13. No. Of VICTIMS 1 | 14. VICTIMS NAME LITTLE, DONNELLE, J | 15. VICTIMS ADDRESS `358 NEPPERHAN AVE APT 4D YONKERS, NY 10701 | 16. PHONE NUMBER (305)-907-4956 |
|---|---|---|---|

17. OTHER PHONE ( )-

| 18. D.O.B. 03/18/1979 | AGE 31 | 19. RACE B | 21. SEX M | 21. PLACE OF EMPLOYMENT / SCHOOL ATTENDING | 22. RELATION TO PERPETRATOR ACQUAINTANCE |
|---|---|---|---|---|---|

☐ A ☐ B ☐ C ☐ D

| 23. VICTIM INJURED? ☐ YES ☒ NO | 24. NATURE OF INJURY/s N/A | 25. HOSPITAL N/A | Admitted? ☐ Yes ☐ No | 26. ATTENDING PHYSICIAN N/A |
|---|---|---|---|---|

☒ E ☒ F

27. INDICATE WITH PROPER CODES IN BOXES PROVIDED, PERSONS RELATIONSHIP TO INVESTIGATION
W1=Witness / W2=Witness / R=Reporting Person / D=Discoverer / PK=Person Knowledgeable/ PC=Person Canvassed / NI=Not Interviewed or X=Provided No Information.

| 28. PERSON INTERVIEWED | 29. AGE | 30. ADDRESS | 31. APT. | 32. PHONE NUMBER | OTHER PHONE | Code |
|---|---|---|---|---|---|---|
| ANDERSON, KANALIA, A (10/1/79) | 31 | 358 NEPPERHAN AVE | 11E | (914)-964-5244 | ( )- - | W |
| RAMIREZ, MELISSA, V (6/26/77) | 33 | 212 MAIN ST RIDGEFIELD PK, NJ 07660 | 2 | ( )- - | ( )- - | PK-1 |
| | | | | ( )- - | ( )- - | |
| | | | | ( )- - | ( )- - | |

☒ G ☒ H ☒ I ☒ J ☒ K ☒ L

Victim DID receive information on Victim's Rights and Services pursuant to New York State Law ☐ Yes ☐ No

33. USING APPROPRIATE CODE IN THE BOXES INDICATE WHO CAN IDENTIFY SUSPECT

V=Victim/ W1=Witness / W2=Witness / R=Reporting Person

| 34. SUSPECT 1 NAME ROGERS, JELANI | V,W | SUSPECT 2 NAME |
|---|---|---|

| 35. SUSPECT 1 ADDRESS: POSSIBLE ADDRESS ON MULBERRY ST | SUSPECT 2 ADDRESS: |
|---|---|

36. SUSPECT 1 DESCRIPTION :

| Age 31 | Race B | Sex M | Hgt. | Wgt. | Hair Color BLK. | D.O.B. 06/28/1979 |
|---|---|---|---|---|---|---|

SUSPECT 2 DESCRIPTION :

| Age | Race | Sex | Hgt. | Wgt. | Hair Color | D.O.B. / / |
|---|---|---|---|---|---|---|

ADDITIONAL DESCRIPTION / NICKNAME'S / SS NUMBER "GORILLA"
SUSPECT PHONE ( )- -
37. ARREST ☐ YES ☒ NO

ADDITIONAL DESCRIPTION / NICKNAME's / SS NUMBER
SUSPECT PHONE ( )- -
ARREST ☐ YES ☐ NO

| 38. VEHICLE STATUS TARGET | 39. MAKE LINCOLN | MODEL NAVIGA | 40. YEAR 1998 | 41. TYPE / STYLE SUBN | 42. COLORS SILV | 43. IDENTIFYING CHARACTERISTICS NONE |
|---|---|---|---|---|---|---|

| 44. LICENSE PLATE No. & REGISTRATION EMV 8562 | STATE NY | YEAR 1/12 | 45. VEHICLE VIN / CAR SERIAL NUMBER 5LMPU28L5WLJ44835 | WEAPON IN VEHICLE ☐ YES ☐ NO | 47. LOSS VALUE | 48. REC. VALUE |
|---|---|---|---|---|---|---|

49. INDICATE WITH PROPER CODES IN BOXES PROVIDE THE STATUS OF VEHICLE LISTED
S-STOLEN / R-RECOVERED / D-DAMAGED / E-EVIDENCE / F-FOUND

| 50. TYPE OF PROPERTY TAKEN | 51. PROPERTY DESCRIPTION & IDENTIFYING INFORMATION | Code | 46. TELETYPE ALARM NUMBERS |
|---|---|---|---|
| QUARTER PANEL | DRIVERS SIDE REAR (LINCOLN) | D/E | UNK |
| QUARTER PANEL | PASSENGERS SIDE (SAAB) | D/E | UNK |

| 52. POINT OF ILLEGAL ENTRY / MEANS OF ATTACK PHYSICAL | 53. TYPE OF INSTRUMENT OR WEAPON HANDGUN | 54. LOSS TOTAL UNK | 55. REC. TOTAL |
|---|---|---|---|

BOX 38-51 CONT. VEHICLE STATUS: OTHER / MAKE: SAAB / MODEL: 2000 / YEAR: 1993 / TYPE: 4DSD / COLOR: GREY / LICENSE PLATE: YNP29P / STATE: NJ / EXP: 11/30/12 / VIN#: YS3DF58KXY2008005 / PASSENGERS SIDE REAR QUARTER PANEL DAMAGED.

R/C 402 ALONG WITH R/C 400 (LT SPERGEL) R/C 410 (SGT TREACY) AND NUMEROUS 4TH PCT UNITS RESPONDED TO THE ABOVE LOCATION ON A REPORT OF SEVERAL SHOTS FIRED. UPON ARRIVAL THE ASSIGNED WERE ADVISED VIA HEADQUARTERS THAT R/C 405 (PO WINDISCH & PO LUQUIS) WAS FLAGGED DOWN BY A FEMALE (LATER IDENTIFIED AS PK-1 RAMIREZ, MELISSA DOB: 6/26/1977) RELATING THAT A MALE IN A SILVER NAVIGATOR FIRED SHOTS AT HER VEHICLE. R/C 406 (PO PAGLIA & PO MILLER) LOCATED AND STOPPED ABOVE DESCRIBED VEHICLE ON ASHBURTON AVE @ WALNUT ST IN THE GAS STATION. (SEE YPD-3). THE ASSIGNED RESPONDED TO THE LOCATION OF R/C 406. AT THAT TIME R/C 406 AND THE ASSIGNED HANDCUFFED THE DRIVER (LITTLE, DONNELLE) FOR OFFICER SAFETY AND DETAINED HIM AT SCENE. WHILE AT SCENE LITTLE, DONNELLE RELATED THAT THE SUSPECT (KNOWN TO HIM AS ROGERS, JELANI) WAS SHOOTING AT HIM AND ANDERSON, KANALIA WHILE THEY WERE IN THEIR VEHICLE. R/C 405 TRANSPORTED PK-1 TO THE SCENE WHERE SHE IDENTIFIED THE COMPLAINANT

| 57. PHYSICAL EVIDENCE YES | 58. CONNECTED INCIDENT No's. | 59. REQUIRED FOLLOW-UP / RECOMMENDATIONS DETECTIVE DIVISION | 10-8 TIME 05:00 |
|---|---|---|---|

| 60. REPORTING OFFICERS PO DETZ | SHIELD No's 135 | 61. NOTIFICATION REQUIRED? ☐ Yes ☐ No | 62. NOTIFICATION BY: | |
|---|---|---|---|---|
| PO MAHER | 428 | 63. CERTIFIED BY: (Sgt Treacy) 105 | SHIELD No | 63. DATE CERTIFIED 18-24-11 CONCUR? ☒ Yes ☐ No |

SID#: _____  N#: _____

| YPD-3 (09/06) | YONKERS POLICE DEPARTMENT SUPPLEMENTARY REPORT | STATUS: ☐ ACTIVE ☐ INACTIVE | CLEARED BY: ☐ ARREST ☐ WARRANT | ☐ REFERRED TO Y.S.D. ☐ RETURNED FOR UF INVESTIGATION | ☐ NO PROSECUTION ☐ UNFOUNDED | ☐ REFERRED TO OTHER ____ ☐ OTHER ____ |

| SPECIAL DISTR. | ☐ Youth Svs.Div. ☐ Public Works | ☐ Detective Div. ☐ D.A. | ☐ Pub. Health ☐ Other | 1. INCIDENT NUMBER **10-123793** | 2. TYPE OF OFFENSE / INCIDENT **RECKLESS ENDANGERMENT 1ST (PL 120.25)** |

| 3. DATE OF INCIDENT / OFFENSE | MONTH / DAY / YEAR **10/23/2010** | TIME **22:25** | 4. PLACE OF OCCURRENCE **30 MULBERRY ST** | 5. CLASSIFICATION AFTER INVESTIGATION |

6. COMPLAINANTS NAME
**LITTLE, DONNELLE, J**

7. SOLVABILITY FACTORS FOR INVESTIGATION ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

8. COMPLAINANTS ADDRESS
'358 NEPPERHAN AVE APT 4D
YONKERS, NY 10701

9. ☒ NARRATIVE CONTINUATION   ☐ INVESTIGATIVE PROGRESS   ☐ ADDITIONAL INFORMATION   ☐ CLEAR UP/RECOVERED PROPERTY

AS BEING INVOLVED IN THE INCIDENT. ANDERSON, KANALIA (W) (DOB: 10/01/1979) RESPONDED TO THE SCENE WHERE HE WAS ALSO IDENTIFIED BY PK-1 AS BEING INVOLVED IN THE INCIDENT. THE ASSIGNED TRANSPORTED LITTLE, DONNELLE TO THE DETECTIVE DIVISION. R/C 406 TRANSPORTED ANDERSON, KANALIA (W) TO THE DETECTIVE DIVISION. R/C 405 TRANSPORTED PK-1 TO THE DETECTIVE DIVISION. WHILE AT THE DETECTIVE DIVISION LITTLE, DONNELLE WAS INTERVIEWED BY DET CARTAGENA AND RELATED THAT AT APPROX. 2215 HOURS HE AND ANDERSON, KANALIA WERE TRAVELING NORTHBOUND ON MULBERRY ST APPROACHING THE STOP SIGN (KANALIA WAS DRIVING) AT TRINITY ST WHEN HE SAW PK-1 AND THE SUSPECT (ROGERS, JELANI) STANDING ON THE CORNER BY THE STOP SIGN. HE THEN HEARD PK-1 SAY "THERE HE GOES!" AT WHICH POINT HE OBSERVED THE SUSPECT PULL OUT A CHROME REVOLVER AND STARTED TO SHOOT AT THEIR VEHICLE. LITTLE, DONNELLE RELATED THAT HE SAW KANALIA DUCKING AND THOUGHT HE WAS SHOT. HE THEN OPENED THE VEHICLE DOOR AND ATTEMPTED TO FLEE AT WHICH POINT HE SAW THE SUSPECT CAME AROUND THE REAR OF THE VEHICLE AND CONTINUED TO SHOOT AT HIM. LITTLE, DONNELLE JUMPED BACK INTO THE VEHICLE AND REALIZED THAT KANALIA WAS NOT SHOT AND THE TWO FLED NORTHBOUND ON MULBERRY ST ONTO ASHBURTON AVE TOWARDS NEPPERHAN AVE. THINKING HE MIGHT HAVE BEEN SHOT, LITTLE, DONNELLE LEFT HIS VEHICLE RUNNING IN FRONT OF 358 NEPPERHAN AVE AND RAN INTO HIS APARTMENT TO CHECK. ONCE HE REALIZED THAT HE WAS NOT INJURED, HE WENT BACK DOWNSTAIRS TO SECURE HIS VEHICLE AND DROVE ON ASHBURTON AVE BY WALNUT ST WHERE HE WAS STOPPED BY R/C 406 IN THE GAS STATION. LITTLE, DONNELLE FURTHER RELATED THAT THE SUSPECT IS KNOWN TO HIM FROM THE NEIGHBORHOOD AND HAS BEEN HAVING ONGOING PROBLEMS WITH THE SUSPECT THREATENING TO KILL HIM BECAUSE OF HIM REVEALING THAT THE SUSPECT WAS A REGISTERED SEX OFFENDER ON THE "JUDGE JUDY SHOW" WHERE HE AND THE SUSPECT APPEARED ON THE SHOW BECAUSE THE SUSPECT TRIED TO SUE HIM FOR DEFAMATION OF CHARACTER. THE TELEVISION SHOW ALSO ENDED UP BEING ON "YOUTUBE" AND LITTLE, DONNELLE FEELS THAT THE SUSPECT WAS HUMILIATED ON TELEVISION AND THE INTERNET CAUSING THE SUSPECT TO MAKE THE DEATH THREATS VIA "FACEBOOK" AND "YOU TUBE" TOWARDS HIM. ANDERSON, KANALIA (W) AND RAMIREZ, MELISSA (PK-1) WERE ALSO INTERVIEWED BY DET CARTAGENA. ALL PARTIES INVOLVED WERE RELEASED FROM THE DETECTIVE DIVISION PENDING FURTHER INVESTIGATION. DETECTIVE DIVISION TO FOLLOW UP. CIU (PO KEPPLER) RESPONDED TO THE SCENE, TOOK PHOTOGRAPHS AND PROCESSED THE TARGET VEHICLE. TARGET VEHICLE WAS IMPOUNDED. R/C 404 (PO MANNING & PO WANDERMAN) STOOD BY FOR IMPOUND. (SEE YPD-11) CIU (PO KEPPLER) ALSO TOOK PHOTOGRAPHS AND PROCESSED PK-1'S VEHICLE (ALSO INVOLVED IN INCIDENT) AT SCENE. WHILE AT THE DETECTIVE DIVISION, R/C 406 WAS DIRECTED BY SGT BARBATO TO HAVE PK-1'S VEHICLE (NJ REG # YNP-29P 2000 SAAB 93 GREY) IMPOUNDED AND TOWED TO THE 4TH PCT CIU GARAGE AS EVIDENCE.

| 11. PROPERTY RECOVERY ☐ YES ☐ NO VALUE $ ____ | 12. PROPERTY CLERK NO. | 13. ARREST(s) ☐ YES ☐ NO NUMBER ____ | 14. MULTIPLE CLEAR-UP ☐ YES ☐ NO |

| 15. ALARM NUMBER | 16. TELETYPE ☐ Sent ☐ Cancelled ☐ Property ☐ Suspect | 17. TECHWORK ☐ Composite ☐ Fingerprints ☐ Sketch/Diagram ☐ Other | 18. TECHWORK PERFORMED BY: |

| 19. SOLVABILITY FACTOR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ELIMINATED BY INVESTIGATION | ☐ | ☐ | ☐ | ☐ | ☐ | 20. DATE SUBMITTED **10/23/2010** | 21. INVESTIGATING OFFICER(s) **PO DETZ** | Shield No/s. **135** |
| DEVELOPED BY INVESTIGATION | ☐ | ☐ | ☐ | ☐ | ☐ | 10-8 TIME **0500** | **PO MAHER** | **428** |
| REMAINING FOR INVESTIGATION | ☐ | ☐ | ☐ | ☐ | ☐ | 22. CERTIFIED BY | SHIELD | CONCUR? ☐ Yes ☐ No |

(Sgt Tzeny) 105

Exhibit B

```
|Call   10123793 File            Date 10/23/2010 Opr mbrown
 Location 30 MULBERRY ST                      Juris YNK
 Type SHOT   Svc P Agcy YPD  Area 4    Dist 402  Zn PD Bt 402
 Remarks (Shots Fired (Called in))        IP? Y Pty 1 How? 9
01  SPRINT PCS [WPH1]                             22:20:06
02  Yonkers                                       22:20:05
03  Location changed from ";416202941 220-250 YONKERS+22:20:17
04  blk car drove by                              22:20:54
05+ 3 shots fired                                 22:21:01
 Last              First              Phone 347-603-8260
 Address 416202941 220-250 YONKERS AVE -NW SECTOR
 Cross Streets         Rec  POD 10  BOLO N HAZ N EL Y PH 139
01  BET/ CROTON TR &   01  402 RC(-1)
02  TRINITY ST
 VLic    St Year Make Model  Color   Additional
01  EWV8562
02+ ESF5686


 UNIT   NAME         RCVD DISP ARVD CLRD CLS Backup Units
 402E                2220 2222 2225 0202  01 403/405/410/302  P1:  0 P4:   0
                                                              P2:  0 P5:   0
CMD:                                                          P3:  1
```

```
## Remarks...................................... Date. Time.... Operator POD
 1 SPRINT PCS [WPH1]                              10/23 22:20:06 !E911      10
 2 Yonkers                                        10/23 22:20:05 mbrown     10
 3 Location changed from ";416202941 220-250 YONKERS+10/23 22:20:17 mbrown  10
 4 blk car drove by                               10/23 22:20:54 mbrown     10
 5 3 shots fired                                  10/23 22:21:01 mbrown     10
 6 CALL FROM 21 MULBERRY ST - 4 OR 5 SHOTS 227-0924 10/23 22:21:56 dhair     6
 7 - HEARD CAR RACING BY NO DESCRIPTION           10/23 22:21:56 dhair       6
 8 405 WAS FLAGGED DOWN ////FEMALE STATES MALE IN 10/23 22:26:59 dlamedic    1
 9 SILVER NAVIGATOR FIRED SHOTS AT HER ////6'2 UIN 10/23 22:26:59 dlamedic   1
10 HEAVY STE BLACK MALE                           10/23 22:26:59 dlamedic    1
11 406 HAS SILVER NAVIGATOR AT ASHBURTON AND SAW  10/23 22:27:57 dlamedic    1
12 MILL                                           10/23 22:27:57 dlamedic    1
13 403 302 BACKING 406                            10/23 22:28:12 dlamedic    1
14 410 10-23 WITH NAVIGATOR REQ 405 FOR A SHOW UP 10/23 22:29:49 dlamedic    1
15 405 POSITIVE ID AT ASHBURTON AND SAW MILL      10/23 22:33:08 dlamedic    1
16 LIC/EWV8562                                    10/23 22:48:02 kmaher    402
17 LIC/EWV8562                                    10/23 22:48:16 kmaher    402
18 4065 OUT AT PORACH AND WALNUT WITH VICTIM AND  10/23 22:51:39 dlamedic    1
19 VEHICLE                                        10/23 22:51:39 dlamedic    1
```

Show Remarks:

```
## Remarks........................................ Date. Time.... Operator POD
20 403: MULBERRY/TRINITY TRYING TO LOCATE CRIME     10/23 23:05:36 joknippe    2
21 SCENE                                            10/23 23:05:36 joknippe    2
22 404: 10-17 AT SHELL STATION 354 NEPPERHAN AV     10/23 23:09:28 joknippe    2
23 406 10-2 DD ONE MALE 402 10-2 DD ONE MALE        10/23 23:10:31 dlamedic    1
24 404: AT ASHBURTON/WALNUT REQ IMLB FOR NY REG     10/23 23:11:22 joknippe    2
25 EWV8562                                          10/23 23:11:22 joknippe    2
26 LIC/EWV8562 LIS/NY MIS/402                       10/23 23:11:35 joknippe    2
27 406: 10-25 DD                                    10/23 23:12:07 dlamedic    1
28 APOW TOW RESP                                    10/23 23:13:25 joknippe    2
29 LIC/ESF5686                                      10/23 23:28:22 joknippe    2
30 404E 10-2 DD IN RELATION                         10/23 23:44:09 joknippe    2
31 402 10-2 pct                                     10/23 23:58:38 ndifalco    1
32 406E REQ AN IMLB TO HQ'S PARKING LOT.            10/24 01:04:45 mbrown      2
33 DON GLO RESPONDING                               10/24 01:05:02 mbrown      2
34 Call 10124000 has been linked to call 10123793.  10/24 14:43:29 *kmason     1
35 10123793 split to 10125990 (INFO) by joknippe.   10/29 17:16:54 *           1
36 Call 10125987 has been linked to call 10123793.  10/30 09:22:57 *dshinau    5
```

Show Remarks:

## Phone & Radio Log

| Arch | Reference | Date | Time | Duration | Memo | ChannelName |
|---|---|---|---|---|---|---|
| 5 | heard shots 4 or 5 | 23-Oct-2010 | 22:19:19 | 00:02:43 | 1 | 2 Pod 6 |
| 5 | heard shots, by passing by car | 23-Oct-2010 | 22:19:46 | 00:01:52 | 1 | 2 Pod 6 |
| 5 | call aired | 23-Oct-2010 | 22:21:47 | 00:00:28 | 1 | 2 Pod10 |
| 5 | 405,410 responding | 23-Oct-2010 | 22:22:19 | 00:00:34 | 1 | 1 PD Channel 1 |
| 5 | 405 has witness | 23-Oct-2010 | 22:25:25 | 00:00:43 | 1 | 1 PD Channel 1 |
| 5 | silver navigator | 23-Oct-2010 | 22:26:12 | 00:00:05 | 1 | 1 PD Channel 1 |
| 5 |  | 23-Oct-2010 | 22:26:33 | 00:00:05 | 1 | 1 PD Channel 1 |
| 5 | discrip given | 23-Oct-2010 | 22:26:45 | 00:00:46 | 1 | 1 PD Channel 1 |
| 5 | 10-40 | 23-Oct-2010 | 22:27:18 | 00:00:31 | 1 | 1 PD Channel 2 |
| 5 | 302 | 23-Oct-2010 | 22:27:51 | 00:00:07 | 1 | 1 PD Channel 1 |
| 5 | 410 gives 23 | 23-Oct-2010 | 22:28:51 | 00:00:27 | 1 | 1 PD Channel 1 |
| 5 | trk wnts show up | 23-Oct-2010 | 22:29:22 | 00:00:08 | 1 | 1 PD Channel 1 |
| 5 | 405 susp location | 23-Oct-2010 | 22:30:56 | 00:00:24 | 1 | 1 PD Channel 1 |
| 5 | 405 post id | 23-Oct-2010 | 22:32:32 | 00:00:11 | 1 | 1 PD Channel 1 |
| 5 | 405 out w vict & vehicle | 23-Oct-2010 | 22:51:04 | 00:00:17 | 1 | 1 PD Channel 1 |
| 5 | ciu requested | 23-Oct-2010 | 22:58:12 | 00:00:11 | 1 | 1 PD Channel 1 |
| 5 |  | 23-Oct-2010 | 23:03:33 | 00:00:07 | 1 | 1 PD Channel 2 |
| 5 | looking 4 crim scene | 23-Oct-2010 | 23:05:11 | 00:00:14 | 1 | 1 PD Channel 2 |
| 5 |  | 23-Oct-2010 | 23:06:58 | 00:00:26 | 1 | 1 PD Channel 1 |
| 5 | 406 tran 1 2 dd | 23-Oct-2010 | 23:09:57 | 00:00:19 | 1 | 1 PD Channel 1 |
| 5 | 404 request impd | 23-Oct-2010 | 23:10:25 | 00:00:35 | 1 | 1 PD Channel 2 |
| 5 | 406 25 dd | 23-Oct-2010 | 23:12:00 | 00:00:04 | 1 | 1 PD Channel 1 |
| 5 | 404 request flatbed | 23-Oct-2010 | 23:12:09 | 00:00:26 | 1 | 1 PD Channel 2 |
| 5 | runs plate | 23-Oct-2010 | 23:28:07 | 00:00:59 | 1 | 1 PD Channel 2 |
| 5 | 402 10-2 2 complete | 23-Oct-2010 | 23:58:21 | 00:00:19 | 1 | 1 PD Channel 1 |
| 5 | 406 request impd | 24-Oct-2010 | 01:03:01 | 00:00:32 | 1 | 1 PD Channel 1 |
| 5 |  | 24-Oct-2010 | 01:05:55 | 00:00:12 | 1 | 1 PD Channel 2 |

Copyright © 1995-2010 Verint Systems, Inc.

Exhibit C

DD#: _____   N#: _____

| YPD-3 (09/06) | YONKERS POLICE DEPARTMENT SUPPLEMENTARY REPORT |
|---|---|

STATUS: ☒ ACTIVE ☐ INACTIVE

CLEARED BY: ☐ ARREST ☐ WARRANT ☐ REFERRED TO Y.S.D. ☐ RETURNED FOR UF INVESTIGATION ☐ NO PROSECUTION ☐ UNFOUNDED ☐ REFERRED TO OTHER _____ ☐ OTHER _____

SPECIAL DISTR.: ☐ Youth Svs.Div. ☒ Detective Div. ☐ Public Works ☐ D.A. ☐ Pub. Health ☐ Other

1. INCIDENT NUMBER: **10-123793**

2. TYPE OF OFFENSE / INCIDENT: RECKLESS ENDANGERMENT 1ST (PL 120.25)

3. DATE OF INCIDENT / OFFENSE — MONTH / DAY / YEAR: **10/23/2010**   TIME: **22:25**

4. PLACE OF OCCURRENCE: 30 MULBERRY ST

5. CLASSIFICATION AFTER INVESTIGATION:

6. COMPLAINANTS NAME: **LITTLE, DONNELLE, J**

7. SOLVABILITY FACTORS FOR INVESTIGATION

8. COMPLAINANTS ADDRESS: 358 NEPPERHAN AVE APT 4D, YONKERS, NY 10701

9. ☐ NARRATIVE CONTINUATION   ☐ INVESTIGATIVE PROGRESS   ☒ ADDITIONAL INFORMATION   ☐ CLEAR UP/RECOVERED PROPERTY

On the above date and time R/C 405 responded to the above location on report of shots fired. While in route, assigned was flagged down on the corner of Porach St and Walnut St by a female, later identified as Melissa Ramirez (06/22/77, 212 Main St, Ridgefield Pk, NJ), who related her ex-boyfriend, Donnelle Little, just shot at her vehicle(NJ-YNP29P) in the area of 30 Mulberry St. Assigned observed a mark on the trunk of Ramirez's car which appeared to be caused by a bullet. Ramirez further related to assigned Little was a heavy set black male driving a grey navigator and she last saw him in the parking lot of 354-358 Nepperhan Ave. Assigned aired the description of Little via headquarters and was advised R/C 406 located a possible vehicle and suspect at the corner of Saw Mill River Rd and Ashburton Ave. Assigned transported Ramirez to that location whereat she identified Little as the male who shot at her vehicle. Assigned then responded back to Porach St and Walnut St and stood by with Ramirez and her vehicle. CIU(Keppler) responded and photographed Ramirez's vehicle. Assigned then followed Ramirez, who was driving her vehicle, to the Detective Division.

11. PROPERTY RECOVERY: ☐ YES ☐ NO   VALUE $ _____

12. PROPERTY CLERK NO.

13. ARREST(s): ☐ YES ☐ NO   NUMBER _____

14. MULTIPLE CLEAR-UP: ☐ YES ☐ NO

15. ALARM NUMBER

16. TELETYPE: ☐ Sent ☐ Cancelled   ☐ Property ☐ Suspect

17. TECHWORK: ☐ Composite ☐ Fingerprints ☐ Sketch/Diagram ☐ Other

18. TECHWORK PERFORMED BY:

19. SOLVABILITY FACTOR

ELIMINATED BY INVESTIGATION: ☐ ☐ ☐ ☐ ☐ ☐

DEVELOPED BY INVESTIGATION: ☐ ☐ ☐ ☐ ☐ ☐

REMAINING FOR INVESTIGATION: ☐ ☐ ☐ ☐ ☐ ☐

20. DATE SUBMITTED: 10/24/2010

10-8 TIME: 02:00

21. INVESTIGATING OFFICER(s): PO R. WINDISCH — Shield No/s. 104

PO M. LUQUIS — 1022

22. CERTIFIED BY: (Sgt) — SHIELD 105 — CONCUR? ☒ Yes ☐ No

Exhibit D

DD#:     N#:

| YPD-3 (09/06) | YONKERS POLICE DEPARTMENT SUPPLEMENTARY REPORT |
|---|---|

**STATUS**
☐ ACTIVE
☐ INACTIVE

**CLEARED BY**
☐ ARREST
☐ WARRANT
☐ REFERRED TO Y.S.D.
☐ RETURNED FOR UF INVESTIGATION
☐ NO PROSECUTION
☐ UNFOUNDED
☐ REFERRED TO OTHER
☐ OTHER _____

**SPECIAL DISTR.**
☐ Youth Svs.Div.
☐ Public Works
☐ Detective Div.
☐ D.A.
☐ Pub. Health
☐ Other

**1. INCIDENT NUMBER**
10-123793

**2. TYPE OF OFFENSE / INCIDENT**
RECKLESS ENDANGERMENT

**3. DATE OF INCIDENT / OFFENSE**

**MONTH / DAY / YEAR**
10/24/2010

**TIME**
22:25

**4. PLACE OF OCCURRENCE**
30 MULBERRY STREET

**5. CLASSIFICATION AFTER INVESTIGATION**

**6. COMPLAINANTS NAME**
LITTLE, DONNELLE

**7. SOLVABILITY FACTORS FOR INVESTIGATION**

**8. COMPLAINANTS ADDRESS**
358 NEPPERHAN AVENUE #4D YONKERS NY 10703

**9.** ☐ NARRATIVE CONTINUATION    ☐ INVESTIGATIVE PROGRESS    ☒ ADDITIONAL INFORMATION    ☐ CLEAR UP/RECOVERED PROPERTY

R/C 406 responded as a backup unit to a report of shots fired. Upon arrival, the assigned officers were advised via a radio transmission that a grey Lincoln Navigator was involved in the aforementioned incident. While the assigned officers were canvassing the immediate area, the assigned officers observed a vehicle as described above at the corner of Saw Mill River Road and Ashburton Avenue. The assigned officers approached the vehicle ( NY Reg # EWV-8562 ), and identified the driver as Donnelle Little DOB 03/18/1979 358 Nepperhan Avenue #4D Yonkers NY. Donnelle Little was positively identified by another party ( Melissa Ramirez ) to be involved in this incident. Donnelle Little was subsequently handcuffed for the safety of the officers and transported to the Detective Division by R/C 402 ( P.O.'s Detz and Maher ) Upon investigation of the vehicle, the assigned officers observed there to be a bullet hole in the driver side rear quarter panel. The assigned officers also observed that the driver side tail light lens was broken, and that the vehicle had a flat front passenger tire. While the assigned officers were at the above location, a second male ( Anderson, Kanalia DOB 10/ 01/1979 358 Nepperhan Avenue #11E Yonkers NY ) walked over to the assigned officers and was also positively identified by another party ( Melissa Ramirez ) as being involved in this incident. The assigned officers then handcuffed Kanalia Anderson for the safety of the officers and was transported by the assigned officers to the Detective Divsion. While at the Detective Division, the assigned officers were directed by Sgt. Barbato to have Melissa Ramirez's vehicle ( NJ Reg # YNP-29P 2000 Saab 93 Grey ) towed to the 4th Pct C.I.U. garage as evidence. A tow truck was then requested to respond to the Detective Division. Don Glo towing then responded and towed the above vehicle to the 4th Pct C.I.U. for further investigation.

**11. PROPERTY RECOVERY** ☐ YES ☐ NO   VALUE $ _____

**12. PROPERTY CLERK NO.**

**13. ARREST(s)** ☐ YES ☐ NO   NUMBER _____

**14. MULTIPLE CLEAR-UP** ☐ YES ☐ NO

**15. ALARM NUMBER**

**16. TELETYPE** ☐ Sent ☐ Cancelled ☐ Property ☐ Suspect

**17. TECHWORK** ☐ Composite ☐ Fingerprints ☐ Sketch/Diagram ☐ Other

**18. TECHWORK PERFORMED BY:**

**19. SOLVABILITY FACTOR**

| | | | | | | |
|---|---|---|---|---|---|---|
| ELIMINATED BY INVESTIGATION | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| DEVELOPED BY INVESTIGATION | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| REMAINING FOR INVESTIGATION | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**20. DATE SUBMITTED**
10/24/2010

10-8 TIME   03:00

**21. INVESTIGATING OFFICER(s)**
P.O. Paglia
P.O. Miller

Shield No/s. 784

**22. CERTIFIED BY**

SHIELD 105

**CONCUR?** ☒ Yes ☐ No

Exhibit E

# INV-3  YONKERS POLICE DEPARTMENT SUPPLEMENTARY REPORT

STATUS: ☐ ACTIVE ☐ INACTIVE  CLEARED BY: ☐ ARREST ☐ WARRANT ☐ REFERRED YD ☐ FURTHER UF INVESTIGATION ☐ UNFOUNDED ☐ NO PROSECUTION  (12/93)

| SER. #<br>123793 | DD #<br>1007 | NARCO # | SID # | ALARM # | PROPERTY # | OFFENSE DESCRIPTION<br>Attempted Murder |
|---|---|---|---|---|---|---|
| DATE OF INCIDENT<br>10/23/10 | TIME OF INCIDENT<br>2225 | | PLACE OF OCCURRENCE<br>30 Mulberry Street | | | |
| INVESTIGATORS ASSIGNED<br>Det. Hector Cartagena | | | SHIELDS<br>676 | | | |

## COMPLAINANT'S INFORMATION

| NAME<br>Donnelle J. Little | ADDRESS<br>358 Nepperhan Avenue Apt. 4D | | SCHOOL / EMPLOYMENT | | | |
|---|---|---|---|---|---|---|
| HOME PHONE<br>(305) 907-4956 | BUS. PHONE | | AGE<br>31 | DOB<br>3/18/79 | RACE<br>B | SEX<br>M |

### NARRATIVE

**10/23/10 approx. 2225 hours:** Report of shots fired on Mulberry Street. Several marked 4th precinct units arrived and surrounded a multi block area from Mulberry to Walnut Street. Moments later Radio Car 405 (Windisch/Luquis) were approached by a female named Melissa Ramirez on the corner of Porach Street and Walnut Street. Ramirez related that she was the person who was being shot at by her ex-boyfriend named Donnelle Little on Mulberry Street (see YPD3 submitted). Ramirez described the vehicle that Donnelle Little was driving as a gray Navigator. Radio Car 406 (Paglia/Miller) observed a gray navigator pull into the gas station on the corner of Ashburton and Walnut. The driver of said Navigator was Donnelle Little. Ramirez was taken to the gas station for a show-up whereat she positively identified Donnelle Little as the person who shot at her (see YPD3 submitted). Donnelle Little was taken into custody at that time. A male named Kanalia Anderson walked into the gas station and approached the officers at scene, at that time Ramirez also pointed out Kanalia Anderson as an alleged accomplice. Kanalia Anderson was also taken into custody at that time.

**10/23/10 approx. 2235 hours:** Det. Oakley and I arrived at Ashburton and Walnut Street where Donnelle Little was sitting in the rear of a marked radio car. Kanalia Anderson was sitting in a separate radio car. Prior to having the Navigator impounded we observed what appeared to be a gunshot hole in the rear driver's side of the Navigator. Upon closer inspection of the vehicle a spent bullet was found in between the frame rail. C.I.U. was requested to photograph and process the vehicle. Said spent bullet was collected from within the vehicle's frame rail. The vehicle was subsequently impounded.

**10/23/10 approx. 2255 hours:** Det. Oakley and I responded to Porach and Walnut to speak with Melissa Ramirez who was standing by her vehicle. We introduced ourselves and asked her what happened tonight. Ramirez blatantly stated "I already told the cops the story, my ex-boyfriend shot at me and that's it!" She continued, "I already pointed him out and ya'll arrested him, so can I leave!?" I advised Ramirez that we need to know exactly what happened in order to charge her ex-boyfriend. Ramirez just wanted to get in her vehicle and leave. She grudgingly agreed to explain what happened but made it clear that she did not like answering questions. Ramirez related that she was driving home from work and stopped on Mulberry Street to use her phone when suddenly her ex-boyfriend appeared and started shooting at her. She was asked who she was with, at first she said she was alone then she said she was with a male friend but didn't know his name or nick name. Ramirez appeared to be bothered by any question and grew angry, apparently with the police at the scene. Ramirez related that she was parked on the left side of Mulberry Street and Donnelle Little (her ex-boyfriend) pulled up in front of her on the opposite side of the street and started shooting at her. Upon inspecting Ramirez's vehicle no bullet holes could be located. However, there was a single dent on the rear of the trunk lid which may have been caused by a gunshot graze. The graze was on the edge of the lid and appears to have been caused by a projectile traveling from the rear driver's side going towards the passenger

INVESTIGATOR'S SIGNATURE: X _Det. H. Cart 676_  DATE _2/25/11_  CERTIFIED BY: X _____ #99

CONCUR: YES ☐ NO ☐

Page 1 of 6

SERIAL # _____

side; evident from an apparent ricochet/dent it left just aft of the lid on the edge of the right rear quarter panel. This was not consistent with what Ramirez reported that someone was shooting at her from in front of her car.

Each time Ms. Ramirez was asked any question she became bothered, it was apparent that she did not wish to explain what took place. She was yelling at the scene, "I don't want to talk to these asses no more; I just want to drive home!" She was referring to police officers and supervisors present at the scene. I advised Ms. Ramirez that she can't just tell the police to arrest people and not expect the police to have questions. I further advised Ms. Ramirez that her vehicle appears to have been struck by a bullet and therefore it has to be processed for any evidence. Ms. Ramirez agreed to follow Det. Oakley and I back to the detective division in her vehicle. I advised her that I would take a written statement from her there, and I would have C.I.U. process her vehicle at Headquarters.

**10/23/10 approx. 2335 hours:** While at Headquarters taking a statement from Ms. Ramirez it became apparent that her story did not make sense. She stated that she took a shower and changed clothes at a friend's house on Caryl Avenue, and then she was on her way to meet someone in New York City. She said they were going to a club tonight. Earlier she stated that she was on her way home. Ms. Ramirez told me that on her way to New York City she pulled over on Mulberry Street to call the man she was going to meet, she said his name was Elijah. When I asked her why did she choose the route she took and how did she end up on Mulberry Street, she had no response and was silent, then she changed the subject. Ms. Ramirez went on to explain that after she called Elijah, she got out of the car and got her make-up and hairbrush from the trunk. She sat back in her car and began to fix herself up when a guy walked up to her and said, "hi Miss, you look good." She said she became involved in a conversation with this guy while she stayed in her car fixing herself up. She said she doesn't know who this guy is. While Miss Ramirez continued explaining what happened I asked her again for the name of the man she was talking to on the sidewalk, she said he's a rapper called "Big Man." This was another contradiction, earlier she had stated that she doesn't know his name or nick name. Whenever I would ask Ms. Ramirez to clarify something she said that contradicted what she said earlier, she would get angry and start yelling about something else to avoid answering. While I was attempting to get a statement from Ms. Ramirez, Det. Oakley was in another room reading Donnelle Little his rights and asking him what happened.

Mr. Donnelle Little stated that the male that was with Ms. Ramirez on the sidewalk is Jelani Rogers, a man who has been threatening to kill Mr. Donnelle Little. Mr. Donnelle Little stated that Jelani Rogers was the shooter and was shooting at him. Mr. Little further related that after he took off from Mulberry he observed Jelani Rogers in the passenger seat of Ms. Ramirez's vehicle going up Ashburton Avenue. Det. Oakley conveyed this information to me. I then pulled up a photo of Jelani Rogers and showed it to Ms. Ramirez to confirm if this was the man she was talking to on the sidewalk. She looked at the photo and related that she does not know this person. I told Ms. Ramirez that someone saw Jelani Rogers talking to her tonight, and I asked her if she was certain that she has never seen him before. At that time she responded that she has seen him (Jelani Rogers) on television before, on a show called "Judge Judy." It became apparent that Ms. Ramirez knew exactly who Jelani Rogers was; Jelani Rogers was on the "Judge Judy" show over a dispute with Donnelle Little. I asked her if this was the man she was talking to on Mulberry and she replied, "I can't tell if it was him, the man on Mulberry had a hoody on that covered his face." It was obvious that Ms. Ramirez was not being honest; I asked her if I could look at her cell phone calls she made tonight. She said no and she did not wish to speak to me anymore. She said she was supposed to relieve her babysitter hours ago. This was yet another contradiction; she stated earlier that she was going to a club in New York City. When I reminded her of what she told me earlier she just got up and said she wanted to leave. I asked her for consent to look inside

her vehicle, she replied no. I advised Ms. Ramirez that her vehicle was in a crime scene and may contain evidence which needs to be processed. She replied that she did not "give a shit." I told her that since the vehicle still needed to be processed as part of the crime scene she could not take the vehicle at this time. I asked her for her car keys but she refused to leave them. Ms. Ramirez called a friend for a ride home. A gentleman later came to the door and identified himself as Barraka Williams, he gave Ms. Ramirez a ride home. Ramirez's vehicle was impounded and towed to the C.I.U. garage on Shonnard Terrace for processing at a later time; it was decided that the vehicle would not be processed until a search warrant was granted.

**10/24/10 approx. 0106 hours:** I interviewed and took a statement from Mr. Donnelle Little. Mr. Little stated that he dated Melissa Ramirez for around 4 years. He said they stopped seeing each other a couple of months ago for various reasons, mainly because Melissa wanted him to break up with his current girlfriend and he would not oblige her. He says that Melissa got a tattoo of Donnelle's nick name ( "Bully" ) on her shoulder and she wanted Donnelle to do the same (with her name) but Donnelle refused. He said there's ongoing bad blood between them ever since then. Donnelle says that Melissa has recently confronted Donnelle's current girlfriend (Sandra Jones) in Getty Square. At the time his girlfriend was with Donnelle's 3 year old daughter ( Jariya ). Melissa began to verbally harass her in front of his daughter to the point where the situation almost got physical.

I asked Donnelle about the man who he says was shooting at him (Jelani Rogers). Mr. Little went on to say that he has been hearing on the street that Jelani Rogers wanted to kill him because Mr. Little has been making his life difficult by telling everyone that Jelani Rogers is a pedophile. Apparently Jelani Rogers is currently dating Donnelle Little's ex-girlfriend (Tanika Tunely) who is the mother of Donnelle Little's 7 year old twin boys ( Khy'Lell and Donnelle Jr. ). Donnelle Little says that he found out that Jelani Rogers is a pedophile and he did not want him near his children. Donnelle Little began telling people that Jelani is a convicted pedophile. This has caused conflict between Jelani and Donnelle to the point where Jelani filed a civil claim against Donnelle for defamation of character. After filing the claim they were both contacted by a reality court TV show called "Judge Judy" and they were offered the opportunity to settle their court case on television. When they appeared on the show Donnelle stated on television that Jelani is a registered sex offender who was convicted of a crime against children. After that show aired the episode ended up on the internet "Youtube." Donnelle states that Jelani felt humiliated because everyone in the neighborhood saw the show and now everyone knows that he is a pedophile. Donnelle related that ever since then Jelani has been making threats on his life. Donnelle relates that Jelani Rogers and Melissa Ramirez were both out to get him for the reasons given.

On this night (10/23/10) Donnelle was going down Mulberry Street with his friend Kanalia Anderson who was driving the Navigator. He said they stopped at a stop sign and saw Melissa sitting in her car talking to Jelani Rogers who was standing on the sidewalk. He heard Melissa say "there he goes!" Suddenly Jelani Rogers pulled out a revolver and started shooting at them. Donnelle says that he saw Kanalia duck down and he thought he was shot. Donnelle opened his door to get out but saw Jelani Rogers had come around the car and fired at him again. At that time Little shut the door and Anderson took off driving towards Ashburton. They pulled into the parking garage outside of 358/354 Nepperhan Avenue and ran into the building leaving the vehicle running. They ended up splitting up and running into their apartments to check themselves for any gunshot wounds. Donnelle then went back down to the parking garage and says he saw Melissa drive passed with Jelani in the passenger seat, Donnelle says that they did not see him. A friend of his named Sheek called him at that moment and Donnelle told him what had just happened. Sheek advised Donnelle to meet him at the gas station right down the street from where he was. Donnelle pulled into the gas station on the corner of

Ashburton and Walnut at which time he was stopped by 4th precinct officers who were responding to the scene. Being that Donnelle Little is familiar with Jelani Rogers, I showed him a single photo of Jelani Rogers at which time he confirmed that he was the person that was shooting at him on Mulberry Street.

Det. Kilgore interviewed and took a written statement from Kanalia Anderson. Kanalia Anderson's statement coincides with what Donnelle Little stated. Det. Kilgore did not show Kanalia Anderson any photos at that time. Later in the day Kanalia was asked to return to the Detective Division where I prepared a photo array and showed it to him, at which time he positively identified Jelani Rogers as the shooter on Mulberry Street.

During the daylight hours on 10/24/10 I responded back to the scene with Detective Montalvo and conducted a new search for and spent casings with negative results. We also re-canvassed for any possible witnesses who may have been present during the shooting.

**10/27/10** I applied for a search warrant for the Saab belonging to Melissa Ramirez. Judge Sweeney signed the search warrant on 10/28/10. I responded to the C.I.U. garage and assisted P.O. Burlingham in executing the warrant on said vehicle. The ricochet/graze on the rear of said vehicle was photographed. There was no firearm(s) found, a swab of the passenger side door handle was taken and an empty beverage bottle was collected from the front passenger side. The vehicle was subsequently released to Melissa Ramirez after it was processed.

**10/28/10** I had obtained information that Jelani Rogers possibly lives in 16 Mulberry Street. I also had information that he drives a black Chevrolet Tahoe truck. Det. Montalvo and I staked out Mulberry street bet. 1200 and 1600 hours for Jelani Rogers with negative results.

**10/29/10 1600 hours:** Det. Montalvo and I staked out 16 Mulberry Street, I had information that Jelani Rogers usually comes home between 1600 and 17oo hours. At 1705 hours we observed a male we believed to be Jelani Rogers get out of a black Tahoe and walk inside 16 Mulberry. Just as we were positioning ourselves to get a look at the vehicle's license plate, Jelani Rogers walked back out of 16 Mulberry Street and got back into the black Chevrolet Tahoe. I called for back-up and followed the Tahoe up Ashburton Avenue, then westbound on Yonkers Avenue. Radio Car 303 (Dibenedetto/Merante) joined us and we advised them to stop the black Tahoe. The Tahoe turned right onto the ramp leading to Rumsey Road, Radio Car 303 were able to stop the Tahoe at Rumsey Road and the entrance ramp to the Saw Mill Parkway. At that time Jelani Rogers was taken into custody without incident. Jelani Rogers was asked if there were any firearms in his vehicle, to which he responded "I ain't got nothing to hide, I'm not stupid, go a head and check the truck yourself." Jelani Rogers repeated this several times, "go ahead and check my truck, I'm not hiding shit." The truck appeared to be in complete disarray, with stereo wires hanging, loose speaker wires, music CD's all over the interior, missing interior panels, etc. An impound/inventory was taken of the vehicle prior to towing, no weapons were observed. The vehicle was impounded and towed by Don Glo towing to 27 Worth Street. Jelani Rogers was then transported to the detective division.

**10/29/10 1745 hours:** I read Jelani Rogers his rights and asked him if he understood them. He responded that he understood what his rights are. I asked him to sign the Miranda card, he said "I don't have to sign nothing to prove that I know my rights." I asked him if he was willing to speak to me, he responded "hell yea I'll talk to you, I have some questions for you too, like why you have me here." When asking pedigree information he related initially that he lives at 2 Spruce Apt. 2S with his girlfriend Tanika S. Tunely. He said he's been living there for a year. When I asked him about 16 Mulberry Street he said he stays there too in apartment 1R,

INVESTIGATOR'S
SIGNATURE: X _Det. A. Little 676_    DATE _2/25/11_    CERTIFIED BY: X _A/Sgt. J.B. Fo #99_
CONCUR: YES ☐ NO ☐

SERIAL # _____

he said he has a roommate named Rob Blakely. Rogers stated that he stayed with his girlfriend Taneka on Sunday night (10/24/10) and Monday. I asked him if he's is also seeing a woman named Melissa Ramirez, he said he doesn't know who Melissa Ramirez is. Rogers denied being inside Melissa's car, he was quite adamant about not knowing who she is. I asked him if I could look through his cell phone, he said "I ain't got no problem with that." I showed him Melissa Ramirez's name on his contact list. He said "I don't know who that is or how that got there." I asked him if he knows Donnelle Little, he said he has only met him once. I asked him where he was on Saturday night October 23, the night Donnelle Little was shot at. He said he wasn't even in Yonkers that night. I told him that he was seen on Mulberry Street that night. Rogers started asking me questions and was no longer responding to my questions. I asked him if he would sign a written statement, to which he responded that he was not signing anything and he did not want to speak anymore. At that time Jelani Rogers was advised that he was going to be charged with shooting Donnelle Little. As Det. Montalvo and I were walking Jelani Rogers to the holding cell he stated, "I was there, but I didn't shoot him." He continued, you can't charge me with shooting Donnelle just because I was there." Jelani Rogers was then transported to Central Booking where he was booked and lodged. Being that Jelani Rogers was denying knowing Melissa Ramirez, his cell phone was property clerked as evidence, the cell phone shows Melissa Ramirez's name as a contact.

**10/29/10 2030 hours:** Det. Montalvo and I responded to Judge Martinelli's residence and obtained a search warrant for Jelani Roger's apartment at 16 Mulberry Apt. 1R. Said search warrant was signed at 2044 hours. At approximately 2100 hours Det. Sgt. Rinaldi, Det. Montalvo, and myself met with ESU personnel near 16 Mulberry Street to execute said warrant. After knocking on the apartment door and getting no answer, we were able to gain entry into the apartment using Jelani Rogers's house keys. The search of the apartment was negative for any firearms. During the search of the apartment Jelani Rogers' girlfriend Tanika Tunely came to the apartment and introduced herself. Tanika Tunely was informed that her boyfriend (Jelani Rogers) was in custody and we were executing a search warrant. Ms. Tunely seemed relieved by this information, she said she was calling him and when he did not respond she got worried. She was allowed to stay with us in the apartment until the search was complete. During a conversation with Ms. Tunely she was asked which bedroom was Jelani's and which one was his roommates. She responded that Jelani lives there alone and does not have any roommates. She further advised that he uses the spare bedroom for when the kids come over on the weekends. After the search was complete we advised Ms. Tunely that we found no weapons. Ms. Tunely asked if this has to do with the shooting the other day down the street. I told her that she was correct and I asked her if Jelani also uses her apartment, she responded that he does stay over her apartment from time to time. I advised her that I was concerned since we did not find the firearm that it might be found by a child. We asked her if she minded if we looked in her apartment. She responded that her place was messy, but she would check to see if anyone was home. Ms. Tunely stepped outside and called someone on her cell phone then came back in and stated that it was okay to go to her apartment. I told her that after we secured Jelani's apartment we will follow her to her place.

While driving behind Ms. Tunely following her to her apartment she appeared to be talking to someone on her cell phone again. When we got to her apartment there were 3 adults home. They appeared to be expecting us, as we were walking into the apartment one male stated that we could search anywhere. Det. Montalvo and I decided not to search the apartment ourselves. We advised everyone in the apartment of the importance of finding any firearm that might be in the apartment before any children find it. We told them to check the entire apartment themselves and call the police should they find anything. We decided that if they knew where the firearm was and did not want us to find it; it would've been removed before our arrival. If they really did not

INVESTIGATOR'S SIGNATURE: X _____ DATE _2/25/11_ CERTIFIED BY: X _____

CONCUR: YES NO ☐

SERIAL #

know if there was a firearm in the apartment, they would be concerned for the children and call us if they find it before the children did.

11/1/10 I re-canvassed Mulberry Street for possible witnesses. Kids in the neighborhood advised me that there's a kid named Roger that is telling everybody that he saw everything the night of the shooting. No one knew where Roger lived. Through further investigation I learned that Roger's actual name is "Roderick Lockhart" and he lives at 230 Yonkers Avenue, unknown apartment. Det. Rubeo and I canvassed 230 Yonkers Avenue for Roderick with negative results. On 11/8/10 I responded back to 230 Yonkers Avenue with Det. Rubeo and was able to locate and speak with Roderick's mother Shante Lockhart in apartment 7E, phone (914) 437-4702. Ms. Lockhart advised us that her son's actual name is Roderick Samuels and he is only 15 years old. She said he told her that he saw the shooting but she would not allow us to talk to him. She was quite adamant about not allowing him to get involved in this case at all. I advised her that I would give her information to the District Attorney's Office.

Upon further speaking with the Donnelle Little, he advised me that there are postings going up on "Facebook" apparently by Jelani Rogers, Melissa Ramirez and others; all referring to the shooting incident. There are postings under the names; Jelani Rogers whose nick name is "Gorilla Viga." There are also postings from "Free Gorilla Viga, Real Dad Viga, and Gorilla Viga 914," all the postings all mention Donnelle or the shooting in some way. There were also postings about this case on Facebook from Melissa Ramirez and Cynthia Rogers. A copy of the order of protection that was served on Jelani Rogers also appeared on Facebook in an apparent attempt to expose the victims (Donnelle Little and Kanalia Anderson) as "rats" for cooperating with the police. Donnelle Little printed some of these postings and provided them for me, I forwarded copies to the District Attorney's Office. I contacted Robin Arias at the County Intel Center and gave her the Facebook information; she was able to copy all the postings that were still available on Facebook and save them as possible evidence.

**AT THIS TIME THIS CASE SHOULD BE CONSIDERED AS CLOSED WITH THE DETECTIVE DIVISION ARREST OF JELANI ROGERS.**

Note: possible witness:
Roderick Samuels (15 yrs old)
Shante Lockhart (witnesses mom)
230 Yonkers Avenue Apt. 7E
Phone: 914 437-4702

INVESTIGATOR'S SIGNATURE: X _____ 636 DATE 2/25/11 CERTIFIED BY: X _____ #99

CONCUR: YES NO ☐

Page 6 of 6

SERIAL # _____

Exhibit F

**State of New York**

**County of Westchester SS:**

**City of Yonkers**

Date: <u>10/24/10</u>  Time: <u>0106</u>

CR#: <u>123793</u>  DD#: _____

I, Donnelle J. Little, do so state that I am 31 years of age, being born on 3/18/79, in
I am presently residing at 358 Nepperhan Avenue Apt. 4D.
I can be reached at telephone number: 305 917-2956.
I am making this statement to Detective Cartagena at the Detective Division of the Yonkers Police Department, in the City of Yonkers, New York.

I am making this statement freely and voluntarily without any coercion, force, fear, favor, or consideration being given to me, nor promise being made to me to make this statement. I give this statement with the full knowledge that it may be used in a criminal action at some time in the future.

I've been having problems with someone I used to date, her name is Melissa Ramirez. We dated for around 4 years and we stopped seeing each other acouple of months ago. The reason we stopped seeing each other was because she wanted me to leave the mother of my children- Sandra Jones. She was also upset because she got a tatoo of my nick name "Big D" on her breast and I wouldn't get a tatoo of her name on my body. She's been sending me messages on my phone, on Facebook, she even slid a letter under my girlfriend's door bashing me, I told my girlfriend to save the letter. I even saved the text messages she sent to my phone. She's acting like a psycho and I don't want nothing to do with her and that's what I been telling her, to just leave me and my children's mother alone. Tonight at around 10:15pm I was with my friend Kanalia Anderson, we just left my girlfriend's apartment at 220 Yonkers Avenue. Kanalia was driving, I was in the passenger seat, we were in my friend Ramon Wells Lincoln truck. We cut down Prescott Street, turned onto Mulberry and stopped at a stop sign. Right to the left of the stop sign I saw Melissa parked on the left side of the street talking to Jelani Rogers who was standing on the sidewalk. Melissa looked at me and said "there he goes!" All of the sudden Jelani pulled out a chrome revolver and started to shoot at us, Kanalia ducked down so I thought he was shot. I opened the door to run and I saw Jelani come around the back of Melissa's car and fired at us again, I think I heard a total of six shots. Kanalia sarted to pull off, I put my feet back in and closed the door and we hauled out of there. Kanalia pulled into the parking garage of my building, I ran up to my apartment at 358 Nepperhan, Kanalia ran too but he didn't go to my apartment. My adreneline was pumping, I told my mom to check me to see if I was shot. My mom asked me what happened and I told her that Jelani was with Melissa shooting at me. My mom

checked me and we realized that I wasn't shot. My mom was really scared and didn't want me to go back out but I had to go back outside because we left the truck running with the doors open. So I got back to the truck in the parking garage and I saw Melissa drive passed the parking lot heading up Ashburton, Jelani was in her passenger seat. They didn't see me so I was going to follow them but a friend of mine named Sheek called me at that moment and I told him what happened. Sheek told me to pull into the gas station right down the street from where I was, the station is on the corner of Ashburton and Walnut. So I pulled into the gas station and the police pulled in and stopped me. I tried to explain that I was the one that got shot at but I don't think they believed me at first because they put me in the back of the police car. My family and my girlfriend Sandra all came to the scene. I told Sandra to call Kanalia and tell him to come to the scene to explain to the police what happened. So the police took us to the detective division where I got to explain to the detectives exactly what happened tonight. I've been hearing from people in the neighborhood that Jelani Rogers was looking for me to shoot me. He was letting people know that when he finds me he's gonna kill me. I actually didn't think he would really try to kill me, I knew he was pissed at me because I embarassed him on television. He tried to sue me on a show called "Judge Judy" for defamation of character. On the show I revealed that he is a registered sex offender who was convicted of a crime against a little boy and little girl. The episode ended up on "Youtube" and he feels I humiliated him on television because I told the truth. So that's why he's been making threats to kill me. Like I said, I didn't think he would actually try to kill me. After tonight, I feel my life is definitely in danger. Jelani Rogers shot at me about times, he was definitely trying to kill me. At the detective division Detective Cartagena showed me a photo, I told him that the photo was Jelani Rogers, the man that tried to kill me tonight. I have known Jelani Rogers for about a year now, I circled the photo and initialed it indicating that this is definitely him. I definitely want to press charges against Jelani Rogers at this time. He shot at me tonight and I feel he was trying to kill me.

I have read the statement above, which is the truth to the best of my knowledge, and I sign it below.

NOTICE: The making of a false statement in this instrument is punishable as a Class A Misdemeanor pursuant to Section 210.45 of the NYS Penal Law.

Signed: _____

Witness: _____ #676

Witness: _____

Date: 10/24/10     Time: 0236

Exhibit G

**State of New York**

**County of Westchester SS:**

**City of Yonkers**

Date: <u>10/24/10</u>   Time: <u>0118</u>

CR#: <u>123793</u>  DD#: _____

I, Kanalia Anderson, do so state that I am 31 years of age, being born on 10/1/79, in Mt. Vernon NY .
I am presently residing at 358 Nepperhan Ave apt. 11-E.
I can be reached at telephone number: (914)964-5244.
I am making this statement to Detective Kilgore at the Detective Division of the Yonkers Police Department, in the City of Yonkers, New York.

I am making this statement freely and voluntarily without any coercion, force, fear, favor, or consideration being given to me, nor promise being made to me to make this statement. I give this statement with the full knowledge that it may be used in a criminal action at some time in the future.

Tonight at around 10:00pm my friend whose name is Donelle Little but I call "Bully" called me and told me to come and pick him up at his baby's mothers house. She lives at 220 Yonkers Ave. I went to get him in his in his truck. I went over to get him and we were going over to the Whitney Young buildings which are 358 and 354 Nepperhan Ave. When we left 220 Yonkers Ave we went over to Prescott St. and made a right then made a right down Mulberry St. When we got down to the bottom of Mulberry St. I looked over and saw a silver car with a black dude standing outside of it. I heard a womans' voice and I saw the guy reach into his vest real fast and I saw that he had something black in his hand and all of a sudden I heard a loud popping sound like gunshots. "Bully" told me to duck down and he tried to get out of the car but I when I saw the dude with the gun coming towards the truck I sped off. I drove to My building at 358 Nepperhan Ave. and I got out of the truck. I didn't know if "Bully was shot or not. I asked him if he was alright and he told me yes. I went up to my mothers house and "Bully" went to his mothers house in the same building. About 10 to 15 minutes later I came back downstairs and I went to the store and then I saw "Bully's" mother and I then I saw the "Bully's" truck surrounded by Police cars. I went over to where the truck was, and saw that they had Bully in the back of a Police car. One of the officers came up to me and asked me my name and I told him who I was. Then the officer told me that they needed to speak to me and placed me in handcuffs. The officer told me that I wasn't under arrest and sat me in the back of the Police car. Then they brought me to the Detective Division and I made this statement to Detective Kilgore. X Ka

I have read the statement above, which is the truth to the best of my knowledge, and I sign it below.

NOTICE:  The making of a false statement
in this instrument is punishable as a
Class A Misdemeanor pursuant to
Section 210.45 of the NYS Penal Law.

Signed: X Kanalia Anderson

**Witness:** _R. A. Ridge 650_

**Witness:** _____

**Date:** _10/24/10_    **Time:** _0200_

Exhibit H

# STATEMENT OF IDENTIFICATION

STATE OF NEW YORK
COUNTY OF
WESTCHESTER,  } ss.:
   CITY OF YONKERS,

*Cross out non-applicable words*

Date <u>10/24</u>, <u>2010</u>

Statement of <u>Kanalia Anderson</u> D.O.B. <u>10/1/79</u> born <u>in Mt. Vernon</u>

Residing at <u>358 Nepperhan Ave. 11E</u> telephone <u>914 964-5244</u>

Employed at <u>N/A</u> occupation <u>N/A</u>

On <u>10/24</u>, <u>2010</u>, I viewed a number of photo(s) and from among them I picked photo(s) No. <u>2</u> which is/are of the person(s) known to me as:

<u>The guy with the gun on Mulberry Street last night.</u>

After making this identification, I was informed by <u>Det. Cartagena</u> that the person(s) I have identified above is/are named:

<u>Jelani Rogers</u>

I further state that this/these photo(s) of the person(s) who <u>I saw on Mulberry Street last night pointing a gun and shooting it in our direction, the bullets(s) hit the truck that I was in with my friend Donnelle Little.</u> I have initiated and dated the above photo(s) for future identification. I have given this statement to Detective <u>Cartagena</u> and it is the truth to the best of my knowledge. I understand this statement can and will be used in a criminal prosecution in a court of law.

SWORN TO BEFORE ME THIS <u>24</u> DAY

SIGNED *Kanalia Ande*

OF <u>October</u>, <u>2010</u>

Witness *Det. H. Centa 676*

Witness

SERIAL NUMBER _____

DETECTIVE DIVISION NUMBER <u>1007</u>

Form No. DD-25 8/4/70

Page 1 of 1

Exhibit I

**STATE OF NEW YORK** }
**COUNTY OF WESTCHESTER** } ss.
**CITY OF YONKERS** }

<span style="text-align:right">**ORDER**</span>

Incident Number: 10-123793

In the matter of: Det. Cartagena, the applicant for a Search Warrant for the

Place or premises: N/A

and/or vehicle(s): Gray 2000 Saab NY plate- YNP29P VIN# YS3DF58KXY2008005

and/or the person(s) of: N/A

    *In the name of the People of the State of New York, to any Police Officer in the City of Yonkers, proof by affidavit having been made before me by: Det. Hector Cartagena, of the Yonkers Police Department, City of Yonkers, New York, that the property hereinafter described:*

*Any firearm, revolver or pistol, or ammunition which may have been used in a shooting on 10/23/10 in front of 30 Mulberry Street, Yonkers, N.Y. Any forensic evidence such as DNA and/or fingerprints linking the possible shooting suspect to the vehicle.*

*Is unlawfully possessed, is stolen, has been used, or is possessed for the purpose of being used, to commit a crime, or conceal the commission of an offense, or constitutes evidence, or tends to demonstrate that an offense was committed, or that a particular person participated in the commission of an offense, will be found in the above specified place or premises or vehicle(s) or in the possession of the above specified person(s) and that there is probable cause to believe that the property described is/was used and/or possessed in violation of the New York State Penal Law, Article: 265.01*

*You are therefore commanded to, between the hours of 6:00 AM and 9:00 PM (or any time of the day or night) to make a search of the place or premises, and/or vehicle(s) and/or person(s) particularly described herein for the purpose of seizing the property listed and described above.*

*Property seized pursuant to this warrant must, without unnecessary delay, must be presented before me at the City Court of Yonkers, New York.*

DATED: 10/28/10 .

_____
**Judge of the City Court of Yonkers**
**City of Yonkers, New York**

JUDGE SWEENEY

**STATE OF NEW YORK**       }
**COUNTY OF WESTCHESTER**    } ss.
**CITY OF YONKERS**            }

**<u>AFFIDAVIT</u>**

Incident Number: 10-123793

In the matter of: Det. Hector Cartagena, the applicant for a Search Warrant for the

Place or premises: N/A

and/or vehicle(s): Gray 2000 NY plate- YNP29P VIN# YS3DF58KXY2008005

and/or the person(s) of: N/A

Det. Hector Cartagena, of the City of Yonkers Police Department, being duly sworn deposes and states in the matter of incident number 10-123793:

I Det. Hector Cartagena, do state that I am a police officer currently employed by the City of Yonkers Police Department, in the State of New York. Your deponent requests that the court issue a warrant of search of a vehicle described as a gray 2000 Saab NY plate- YNP29P VIN# YS3DF58KXY2008005, currently located at the 4th precinct garage on Shonnard Place, Yonkers, New York and the seizure of evidence pursuant to the crime based on the following facts:

On 10/23/10 at approximately 10:22pm there was a shooting in front of 30 Mulberry Street, Yonkers, N.Y. The intended target of the shooting (victim) was a Donnelle Little (DOB 3/18/79), Mr. Little was in a 1998 Lincoln Navigator at the time he was being fired upon. Said vehicle was processed, a spent bullet was recovered from within the frame of the victim's vehicle. Mr. Donnell Little was able to positively identify the suspect as Jelani Rogers (6/28/79), he also stated that the shooter was in the company of his ex-girlfriend Melissa Ramirez and provided a sworn statement stating such. At the time of the shooting Mr. Little was with a friend named Kanalia Anderson (10/1/79). Mr. Anderson was shown a photo array containing a photo of the suspect (Jelani Rogers) and five fillers. Mr. Anderson immediately pointed at photo number two and stated that was the shooter; photo number two was Jelani Rogers. Mr. Anderson also gave a sworn statement stating such. Mr. Little and Mr. Anderson both state that the shooter (Jelani Rogers) was with Mr. Little's ex-girlfriend named Melissa Ramirez. Moments after the shooting Mr. Little observed the shooter (Jelani Rogers) leaving the area in the passenger seat of Melissa Ramirez' gray Saab. The suspect (Jelani Rogers) had the opportunity to conceal said firearm in said vehicle at that time. A few minutes after the shooting Melissa Ramirez returned to the scene and told the officers at the scene that she was the one that was shot at by her ex-boyfriend Donnelle Little. Officers at the scene observed an indent on the rear of Ms. Ramirez' Saab which appears to have been caused by a gunshot. Ms. Ramirez followed your deponent to the detective division to make a report. At the detective division Ms. Ramirez was asked who she was with at the time of the shooting. She related that she does not know the male's name. Ms. Ramirez also related that she does not know who Jelani Rogers is. After being shown a picture of the suspect-Jelani Rogers, Melissa Ramirez related that she has seen him before. Through further investigation your deponent

learned that the suspect does live on Mulberry Street only a few feet away from where the shooting took place. Melissa Ramirez could not provide a reason for being parked on Mulberry Street at the time of the shooting. Ms. Ramirez was then advised that the complainant's state that the alleged shooter was seen talking to her on Mulberry Street just before the shooting and then right after the shooting he was observed inside the passenger side of her vehicle. Ms. Ramirez refused to allow the assigned officers to process her vehicle for any evidence and refused to cooperate any further with the investigation. At that time she was advised that her vehicle was being impounded as part of the investigation.

Your deponent further states that the above information is based on an investigation conducted by Det. Hector Cartagena of The Yonkers Police Department.

Based upon the foregoing reliable information, there is probable cause to believe that the property previously listed may be found at the place or premises:

Inside mentioned vehicle which is now located at the 4th precinct garage on Shonnard Place.

and/or in vehicle(s): Gray 2000 NY plate- YNP29P VIN# YS3DF58KXY2008005

and/or in the possession of the person(s) of: N/A

Wherefore, I respectfully request the Court to issue a Warrant and Order of Seizure, authorizing the search of the above specified place or premises or vehicle(s) and/or the person(s) specified above, and directing that such property or evidence or any part thereof be found be seized and brought before the Court and certain relief that the Court may deem proper. No previous application in this matter has been made in this or any other Court or to any other Judge, Justice, or Magistrate.

Signed: _Det. Hector Cartagena # 676_

Police Officer          Shield

Sworn to before me on this

28 day of Oct , 2010

City Judge, City of Yonkers          Yonkers, NY

JUDGE SWEENEY

Exhibit J

**STATE OF NEW YORK** }
**COUNTY OF WESTCHESTER** } **ss.**          <u>**ORDER**</u>
**CITY OF YONKERS** }

In the matter of:  Det. Cartagena, the applicant for a Search Warrant for the

Place or premises:  *The residence of Jelani Rogers (DOB 6/28/79) who resides at 16 Mulberry*

*Street, Apt. 1R, Yonkers, New York*

and/or vehicle(s):  N/A

and/or the person(s) of:  N/A

*In the name of the People of the State of New York, to any Police Officer in the City of Yonkers, proof by affidavit having been made before me by:  Det. Hector Cartagena, of the Yonkers Police Department, City of Yonkers, New York, that the property hereinafter described:*

1. *Any firearm*
2. *revolver*
3. *pistol*
4. *ammunition*
5. *pistol magazines*
6. *firearm accessories such as holsters*

*Is unlawfully possessed, is stolen, has been used, or is possessed for the purpose of being used, to commit a crime, or conceal the commission of an offense, or constitutes evidence, or tends to demonstrate that an offense was committed, or that a particular person participated in the commission of an offense, will be found in the above specified place or premises or vehicle(s) or in the possession of the above specified person(s) and that there is probable cause to believe that the property described is/was used and/or possessed in violation of the New York State Penal Law, Article:  265.01*

*You are therefore commanded to, between the hours of 6:00 AM and 9:00 PM (or any time of the day or night) to make a search of the place or premises, and/or vehicle(s) and/or person(s) particularly described herein for the purpose of seizing the property listed and described above.*

*Property seized pursuant to this warrant must, without unnecessary delay, must be presented before me at the City Court of Yonkers, New York.*

DATED: *10-29-10*
       *8:44 pm.*

_____
**Judge of the City Court of Yonkers**
**City of Yonkers, New York**

**STATE OF NEW YORK**      }
**COUNTY OF WESTCHESTER**   } **ss.**
**CITY OF YONKERS**         }

**AFFIDAVIT**

In the matter of: Det. Hector Cartagena, the applicant for a Search Warrant for the

Place or premises: 16 Mulberry Street 1R, Yonkers, New York

and/or vehicle(s): N/A

and/or the person(s) of: N/A

Det. Hector Cartagena, of the City of Yonkers Police Department, being duly sworn deposes and states in the matter of incident number 10-123793:

I Det. Hector Cartagena, do state that I am a police officer currently employed by the City of Yonkers Police Department, in the State of New York. Your deponent requests that the court issue a warrant of search of the premises of Jelani Rogers, Yonkers, New York and the seizure of evidence pursuant to the crime based on the following facts:

On 10/23/10 at approximately 10:22pm there was a shooting in front of 30 Mulberry Street, Yonkers, N.Y. The intended target of the shooting (victim) was a Donnelle Little (DOB 3/18/79), Mr. Little was in a 1998 Lincoln Navigator at the time he was being fired upon. Said vehicle was processed, a spent bullet was recovered from within the frame of the victim's vehicle. Mr. Donnell Little was able to positively identify the suspect as Jelani Rogers (6/28/79) and provided a sworn statement stating such. At the time of the shooting Mr. Little was with a friend named Kanalia Anderson (10/1/79). Mr. Anderson was shown a photo array containing a photo of the suspect (Jelani Rogers) and five fillers. Mr. Anderson immediately pointed at photo number two and stated that was the shooter; photo number two was Jelani Rogers. Mr. Anderson also gave a sworn statement stating such. During the ongoing investigation your deponent learned that the suspect (Jelani Rogers) owns a 1999 Chevrolet Tahoe NY plate ESF5686. Said vehicle is registered to the suspect at a previous address; 2 Spruce Street. Your deponent has information that the suspect now resides at 16 Mulberry Street just a few yards away from the shooting, the suspect had access and opportunity to conceal the firearm used in the shooting in his residence at 16 Mulberry Street. However the apartment that he resides in was not yet known at the time. The suspect's vehicle has been observed parked in front of 16 Mulberry on this date. Your deponent observed Jelani Rogers coming out of 16 Mulberry Street and get into his aforementioned vehicle (1999 Chevy). Upon stopping Jelani Rogers (on 10/29/10 at 1700 hrs) on Rumsey Road and transporting him to the detective division for questioning, he stated that he does now reside at 16 Mulberry Street in apartment 1R. He has been living there for approximately one month with a roommate named Bob Blakeley and he pays half the rent; that being $400.00.

Your deponent further states that the above information is based on an investigation conducted by Det. Cartagena of The Yonkers Police Department.

Further request that such warrant be made executable anytime day or night based on the following facts:

The evidence in question could be tampered with or discarded if not recovered immediately.

Further request that such warrant authorize the executing Police Officer to enter the premises to be searched without giving notice of his authority or purpose based on the following facts:

Based of the nature of the evidence being sort, a firearm; for the safety of the officers we request that no notice be given to the suspect and or residents who may be inside the apartment.

Based upon the foregoing reliable information, there is probable cause to believe that the property previously listed may be found at the place or premises:

Jelani Rogers apartment at 16 Mulberry Street 1R.

and/or in vehicle(s):  N/A

and/or in the possession of the person(s) of:  N/A

> Wherefore, I respectfully request the Court to issue a Warrant and Order of Seizure, authorizing the search of the above specified place or premises or vehicle(s) and/or the person(s) specified above, and directing that such property or evidence or any part thereof be found be seized and brought before the Court and certain relief that the Court may deem proper.  No previous application in this matter has been made in this or any other Court or to any other Judge, Justice, or Magistrate.

Signed: _Det. Cart #676_

Police Officer          Shield

Sworn to before me on this

29th day of Oct, 2010

_____
City Judge, City of Yonkers          Yonkers, NY

Exhibit K

# *Repository Inquiry*

To: SCHAEFFERP For: Patricia Schaeffer Case No: b-34543 - NYSID No: 08402712R - PDI

New York State Division of Criminal Justice Services
4 Tower Place
Albany NY 12203-3764
Tel: 1-800-262-DCJS
Sean M. Byrne, Acting Commissioner of the NYS Division of Criminal Justice Services

| Identification | Summary | Criminal History | Job/License | Wanted | Missing | NCIC/III |

## 🔵 Attention - Important Information

\* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**DNA PROFILE IS ON FILE IN THE DNA DATABANK** If more information is required call DCJS Office of Forensic Services at 1-800-262-3257

**Violent Felony** offense(s) on file

This individual is currently listed in the New York State Sex Offender Registry

**History Consolidation** - Previously identified under the following NYSID number(s). Please change your records to reflect the consolidation of this number(s) to the current NYSID number 8402712R.

| Consolidated from NYSID | Consolidated to NYSID | Consolidation Date |
|---|---|---|
| 9189737Y | 8402712R | May 24, 1999 |

## 🔵 Identification Information



**Name:**
JELANI R ROGERS   MICHAEL KNIGHT

**Date of Birth:**
Jun 28, 1979    Jun 08, 1979

**Place of Birth:**
Alabama

Cycle 4
Arrest Date October 29, 2010

**Address:**
16 MULBERRY ST, YONKERS, NY

19 WILLOW PL, YONKERS, NY
3 COTTAGE GARDENS, YONKERS, NY
3 COTTAGE GDNS, YONKERS, NY
7 COTTAGE GDNS, YONKERS, NY
PO BOX 11, GORDO, AL

| **Sex:** | **Race:** | **Ethnicity:** | **SkinTone:** |
|---|---|---|---|
| Male | Black | | Dark/Medium |
| | | Unknown | |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Brown | Black | 6' 00" | 285 |

**SSN:**
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

| **NYSID#:** | **FBI#:** | **NCIC Classification:** |
|---|---|---|
| 08402712R | 501434DB9 | 13060312030801050910 |

**III status:** Criminal record in other states or in multiple FBI files for NYS

---

## ❍ Summary Information    ⬆

**Name:**         JELANI R ROGERS    **Total Arrests:**    4
**Date of Earliest Arrest:** April 11, 1999    **Date of Last Arrest:** October 29, 2010

| Total Arrests Charges: | 4 |
|---|---|
| Felony: | 3 |
| Violent Felony: | 2 |
| Firearm: | 1 |
| Misdemeanor: | 1 |
| Other: | 0 |

| Total Convictions: | 4 |
|---|---|
| Felony: | 3 |
| Violent Felony: | 2 |
| Firearm: | 1 |
| Misdemeanor: | 1 |
| Other: | 0 |
| YO Adjudication(s): | 0 |

| Total Open Charges: | 8 |
|---|---|
| Felony Open Charges: | 8 |
| Open Misdemeanor(s): | 0 |
| Other Open Charges: | 0 |

| Warrant Information: | |
|---|---|
| Failure to Appear Counts: | 1 |
| Open Warrants: | 0 |

| Revocation Counts: | |
|---|---|
| Probation: | 0 |
| Parole: | 1 |

| Miscellaneous: | |
|---|---|
| Escape Charges: | 0 |
| Sex Offender Convictions: | 1 |

---

## ❍ NYS Criminal History Information    ⬆

### ⬇ Cycle 4 ⬆
### Violent Felony Offense

## Arrest/Charge Information
Arrest Date: October 29, 2010 05:15 pm (17:15:00)

| **Name:** | JELANI R ROGERS |
|---|---|
| **Date of Birth:** | June 28, 1979 |
| **Sex:** | Male |
| **Race:** | Black |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 31 |
| **Address:** | 16 MULBERRY ST, YONKERS, NY |
| **Fax Number** | TH16656 |

| | |
|---|---|
| **Place of Arrest:** | City of Yonkers, Westchester County , NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | October 24, 2010 |
| **Place of Crime:** | City of Yonkers, Westchester County , NY |
| **Criminal Justice** | |
| **Tracking No.:** | 64490627H |
| **Arresting Agency:** | Yonkers City Police Department Criminal Identification Unit |
| **Arresting Officer ID:** | YON720506 |
| **Arrest Number:** | 214548 |
| **Arrest Charges:** | |

-- Reckless Endangerment-1st Degree

    PL 120.25    Class D   Felony Degree 1   NCIC 7099

## Court Case Information

**-- Court:** Yonkers City Court Criminal Section  **Case Number:** 10-6226

October 30, 2010
**Arraigned**
-- Attempted Murder:Intention
    PL 125.25 Sub 01 Counts: 2Class B Felony NCIC 0999

October 30, 2010
**Initial Report Of Docket Number**

November 08, 2010
**Held For Grand Jury**
-- Attempted Murder:Intention
    PL 125.25 Sub 01 Counts: 2 Class B Felony NCIC 0999

**-- Court:** Westchester County Court  **Case Number:** 01423-2010

November 09, 2010
**Initial Report Of Indictment Number**

March 02, 2011
**Arraigned**

-- Attempted Murder:Intention
| PL 125.25 Sub 01 | Class B | Felony | NCIC 0999 |

-- Criminal Possession Of A Weapon-2nd Degree: Loaded Firearm
| PL 265.03 Sub 01B | Class C | Felony | NCIC 5299 |

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business
| PL 265.03 Sub 03 | Class C | Felony | NCIC 5299 |

-- Attempted Assault-1st:Intent To Cause Serious Injury With Weapon
| PL 120.10 Sub 01 | Class C | Felony | NCIC 1399 |

-- Attempted Assault 1st Degree
| PL 120.10 | Class C | Felony | NCIC 1399 |

-- Criminal Possession Weapon-3rd: Previous Conviction
| PL 265.02 Sub 01 | Class D | Felony | NCIC 5212 |

-- Attempted Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
| PL 120.05 Sub 02 | Class E | Felony | NCIC 1399 |

September 12, 2011
**Convicted Upon Plea Of Guilty, Sentence Pending**
-- Attempted Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

PL 265.03  Sub 03      Class D      Felony      NCIC 5299

**Interim release Status:** Remanded without bail

---

## ⬇ Cycle 3 ⬆
### Violent Felony Offense

## Arrest/Charge Information
Arrest Date: September 11, 2004 06:50 pm (18:50:00)

| | |
|---|---|
| **Name:** | JELANI R ROGERS |
| **Date of Birth:** | June 28, 1979 |
| **Sex:** | Male |
| **Race:** | Black |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 25 |
| **Address:** | 19 WILLOW PL, YONKERS, NY |
| **Fax Number** | TH7449 |
| **Place of Arrest:** | City of Yonkers, Westchester County , NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | September 11, 2004 |
| **Place of Crime:** | City of Yonkers, Westchester County , NY |
| **Criminal Justice Tracking No.:** | 57137659Y |
| **Arresting Agency:** | Yonkers City Police Department Criminal Identification Unit |
| **Arresting Officer ID:** | YON720375 |
| **Arrest Number:** | 214548 |

**Arrest Charges:**

--   Criminal Possession Loaded Firearm-3rd Degree

     PL 265.02  Sub 04     Class D   Felony Degree 3   NCIC 5299

## Court Case Information
**-- Court:** Yonkers City Court Criminal Section   **Case Number:** 04-4694

September 13, 2004
**Initial Report Of Docket Number**
-- Criminal Possession Loaded Firearm-3rd Degree
     PL 265.02  Sub 04      Class D    Felony    NCIC 5299
-- Criminal Possession Weapon-3rd: Previous Conviction
     PL 265.02  Sub 01      Class D    Felony    NCIC 5212

May 23, 2005
**Held For Grand Jury**
-- Criminal Possession Loaded Firearm-3rd Degree
     PL 265.02  Sub 04      Class D    Felony    NCIC 5299
-- Criminal Possession Weapon-3rd: Previous Conviction
     PL 265.02  Sub 01      Class D    Felony    NCIC 5212

**-- Court:** Westchester County Court   **Case Number:** 01521-2004

December 08, 2004
**Initial Report Of Indictment Number**

July 13, 2005
**Arraigned**
-- Criminal Possession Loaded Firearm-3rd Degree
    PL 265.02  Sub 04          Class D        Felony        NCIC 5299

-- Attempted Criminal Possession Weapon-3rd: Previous Conviction
    PL 265.02  Sub 01          Class E        Felony        NCIC 5212

-- Stop/Stand/Park Violation Highway
    VTL 1201  Sub 0A                          Infraction    NCIC 5499

November 23, 2005
**Convicted Upon Plea Of Guilty**
-- Attempted Criminal Possession Weapon-3rd: Previous Conviction
    PL 265.02  Sub 01          Class E        Felony        NCIC 5212

      **In Full Satisfaction of:**
      -- Criminal Possession Loaded Firearm-3rd Degree
         PL 265.02  Sub 04    Class D  Felony NCIC 5299

      -- Stop/Stand/Park Violation Highway
         VTL 1201  Sub 0A    InfractionNCIC 5499

    **Sentenced to:**Term: 18 Month(s) to 3 Year(s) Sentence Date:January 18, 2006
             License Suspended 6 Month(s)

**Interim release Status:** Remanded without bail

## Incarceration/Supervision Information

### Incarceration Admission Information
**Admission Date:**          February 01, 2006
**Admission Reason:**        New Commitment
**Agency:**                  NYS DOCS Downstate Correctional Facility
**State Inmate ID No.:**     06A0494
**Sentence to:**             Term: 18 Month(s) to 3 Year(s)
**Max Expiration Date:**     September 07, 2007
**Conditional Release Date:**September 07, 2006
**Inmate Name:**             JELANI R ROGERS

### Incarceration Release Information
**Release Date:**            September 07, 2006
**Release Reason:**          Conditional Release to Div. Of Parole
**Agency:**                  NYS DOCS Downstate Correctional Facility
**Inmate ID Number:**        06A0494

### Parole Release Information
**Received by Parole on:**   September 07, 2006
**Release Type:**            Initial Release to Parole
**Max Expiration Date:**     September 07, 2007
**Supervision Office:**      New Rochelle
**Parole ID Number:**        06A0494
**Name:**                    JELANI R ROGERS

### Parole Discharge Information
**Discharged from Parole on:** June 11, 2007
**Discharge Type:**          Revoked-PV (Parole Violation)
**Parole ID Number:**        06A0494

### Incarceration Admission Information
**Admission Date:**          June 11, 2007
**Admission Reason:**        Conditional Release Violator - No New Term
**Agency:**                  NYS DOCS Downstate Correctional Facility
**State Inmate ID No.:**     06A0494
**Sentence to:**             Term: 18 Month(s) to 3 Year(s)
**Max Expiration Date:**     September 18, 2007
**Inmate Name:**             JELANI R ROGERS

### Incarceration Release Information
**Release Date:**            September 07, 2007
**Release Reason:**          Maximum Expiration
**Agency:**                  NYS DOCS Downstate Correctional Facility
**Inmate ID Number:**        06A0494

---

### ⬇ Cycle 2 ⬆
### Violent Felony Offense

## Arrest/Charge Information
Arrest Date: August 05, 1999 11:00 pm (23:00:00)

**Name:**                    JELANI R ROGERS
**Date of Birth:**           June 28, 1979
**Sex:**                     Male
**Race:**                    Black
**SSN:**                     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
**Age at time of crime/arrest:** 19
**Address:**                 PO BOX 11, GORDO, AL
**Fax Number**               TH857
**Place of Arrest:**         Alabama
**Arrest Type:**             Warrant
**Date of Crime:**           June 11, 1999
**Place of Crime:**          City of Yonkers, Westchester County , NY
**Criminal Justice**
  **Tracking No.:**          28300825M
**Arresting Agency:**        Westchester County Department of Public Safety
**Arresting Officer ID:**    D28
**Arrest Number:**           PS12565
**Arrest Charges:**

-- Rape-1st:Forcible Compulsion

PL 130.35 Sub 01     Class B     Felony Degree 1    NCIC 1103

## Court Case Information
-- **Court:** Yonkers City Court Criminal Section   **Case Number:** 99-2225

June 16, 1999
**Bench Warrant Vacated**

June 16, 1999
**Transferred To Superior Court**
-- Rape-1st:Forcible Compulsion
  PL 130.35 Sub 01  Class B Felony NCIC 1103

-- Attempted Sodomy:Intercourse Forcible Compulsion
  PL 130.50 Sub 01          Class C    Felony    NCIC 1199


-- **Court:** <u>Westchester County Court</u>  **Case Number:** 0733-99


August 06, 1999
**Initial Report Of Indictment Number**

August 06, 1999
**Returned On Warrant**

April 18, 2000
**Convicted Upon Plea Of Guilty**
-- Attempted Rape-1st:Forcible Compulsion
  PL 130.35 Sub 01        Class C   Felony   NCIC 1103

  **Reduced From:**
  -- Rape-1st:Forcible Compulsion
    PL 130.35 Sub 01 Counts: 2 Class B FelonyNCIC 1103

  **In Full Satisfaction of:**
  -- Unlawful Imprisonment-2nd Degree
    PL 135.05Counts: 2 Class A MisdemeanorNCIC 1008

  **Sentenced to:**Term: 4 Year(s) Sentence Date:May 31, 2000


**Interim release Status:** Remanded without bail

## Incarceration/Supervision Information

### Incarceration Admission Information
| | |
|---|---|
| **Admission Date:** | July 26, 2000 |
| **Admission Reason:** | New Commitment |
| **Agency:** | <u>NYS DOCS Downstate Correctional Facility</u> |
| **State Inmate ID No.:** | 00A3816 |
| **Sentence to:** | Term: 4 Year(s) |
| **Max Expiration Date:** | July 29, 2003 |
| **Conditional Release Date:** | January 01, 2003 |
| **Inmate Name:** | JELANI R ROGERS |

**Admission Charges:**
-- Attempted Rape-1st Degree

  PL 130.35      Class C   Felony Degree 1   NCIC 1199

### Incarceration Release Information
| | |
|---|---|
| **Release Date:** | December 31, 2002 |
| **Release Reason:** | Conditional Release to Div. Of Parole |
| **Agency:** | <u>NYS DOCS Downstate Correctional Facility</u> |
| **Inmate ID Number:** | 00A3816 |

**Parole Release Information**

| | |
|---|---|
| **Received by Parole on:** | December 31, 2002 |
| **Release Type:** | Initial Release to Parole |
| **Max Expiration Date:** | July 29, 2003 |
| **Supervision Office:** | New Rochelle |
| **Parole ID Number:** | 00A3816 |
| **Name:** | JELANI R ROGERS |

**Parole Discharge Information**

| | |
|---|---|
| **Discharged from Parole on:** | January 06, 2006 |
| **Discharge Type:** | Maximum Expiration |
| **Parole ID Number:** | 00A3816 |

## Certificate of Relief

**Certificate of Relief**

| | |
|---|---|
| **Agency:** | NYS Board of Parole |
| **Date:** | April 05, 2004 |
| **Status:** | Permanent |
| **Issue Type:** | C |
| **Relief Description:** | All other (relieves holder of specifically enumerated disabilities). |

---

# Cycle 1 ⬆

## Arrest/Charge Information

Arrest Date: April 11, 1999 09:41 pm (21:41:00)

| | |
|---|---|
| **Name:** | JELANI R ROGERS |
| **Date of Birth:** | June 28, 1979 |
| **Sex:** | Male |
| **Race:** | Black |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 19 |
| **Address:** | 7 COTTAGE GDNS, YONKERS, NY |
| **Fax Number** | YK1026 |
| **Place of Arrest:** | City of Yonkers, Westchester County , NY |
| **Date of Crime:** | April 11, 1999 |
| **Place of Crime:** | City of Yonkers, Westchester County , NY |
| **Criminal Justice Tracking No.:** | 28052714P |
| **Arresting Agency:** | Yonkers City Police Department Criminal Identification Unit |
| **Arresting Officer ID:** | 274 |
| **Arrest Number:** | B50351 |

**Arrest Charges:**

-- False Personation

PL 190.23    Class B    Misdemeanor Degree 0    NCIC 2604

## Court Case Information

-- **Court:** Yonkers City Court Criminal Section    **Case Number:** 99-1680

April 12, 1999

**Initial Report Of Docket Number**

-- Criminal Impersonation -2nd:Other Person

PL 190.25  Sub 01  Class A  Misdemeanor  NCIC 2604

June 09, 1999
**Bench Warrant Issued**

August 19, 1999
**Returned On Warrant**

October 05, 1999
**Convicted Upon Plea Of Guilty**
-- Criminal Impersonation -2nd:Other Person
    PL 190.25 Sub 01   Class A Misdemeanor NCIC 2604

      **Sentenced to:**Term: Time Served Sentence Date:October 05, 1999

October 05, 1999
**Not Arraigned**
-- False Personation
    PL 190.23   Class B Misdemeanor NCIC 2604

---

## ❂ Other History Related Information       ⬆
There is no Other History Related Information associated with this history.

---

## ❂ Job/License Information       ⬆
There is no Job/License Information associated with this history.

---

## ❂ Wanted Information       ⬆
There is no NYS Wanted Information associated with this history.

---

## ❂ Missing Person Information       ⬆
There is no NYS Missing Person Information associated with this history.

---

## ❂ Additional Information       ⬆

**Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.**

**Multi-Source** - Subject has information maintained by other states or in multiple NYS files maintained by the FBI available through the Interstate Identification Index. Refer to FBI Number: 501434DB9

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

---

# *Federal NCIC, III and/or FBI Response*       ⬆

**The outstanding response(s) indicated below will be forwarded to your in-box upon receipt by DCJS. If you do not receive one or more of the indicated responses, please contact that state or agency directly.**

- **FBI - Criminal Justice**

- **Virginia**

## ● NCIC Information                                                    ↑

**The following information is provided in response to your request for a search of the NCIC Person files based on:**

- **Name: ROGERS, JELANI R**
- **Sex: M**
- **Race: B**
- **Date of Birth: 06/28/1979**
- **Social Security number: 421069888**
- **FBI number: 501434DB9**

```
NY0590700

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
*** SEX OFFENDER REGISTRY INFORMATION ***
THE SUBJECT IDENTIFIED IN THE FOLLOWING RECORD WITH NIC/X490450036
IS REGISTERED AS A SEX OFFENDER.  DO NOT SEARCH, DETAIN, OR
ARREST BASED SOLELY ON THIS RECORD.  ADDITIONAL INFORMATION REGARDING
SUBJECT MAY BE AVAILABLE FROM THE INTERSTATE IDENTIFICATION INDEX.

MKE/SEXUAL OFFENDER
ORI/NY001015Y NAM/ROGERS,JELANI SEX/M RAC/B
DOB/19790628 HGT/603 WGT/250 EYE/BRO HAI/BLK FBI/501434DB9
SOC/421069888
ORD/20021211 ERD/NONEXP SXP/N CRR/SEX ASSAULT
CON/20000531
AOV/14 SOV/M
OCA/16153
DNA/N
SNA/BOX 389
CTY/VALHALLA STA/NY ZIP/10595
COU/WESTCHESTER
ORI IS NY STATE DIV CRIMINAL JUSTICE SVCS ALBANY 518 457-6061
NIC/X490450036 DTE/20030228 1534 EST DLU/20110326 1814 EST

***** END OF SEX OFFENDER REGISTRY INFORMATION *****


*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/PROTECTION ORDER
ORI/NY0590700 NAM/ROGERS,JELANI SEX/M RAC/U
DOB/19790628
PNO/2010-001855 BRD/N ISD/20100715 EXP/20120715 CTI/NY059051J
PPN/BAKER,RENIKWA PSX/F PPR/U PPB/19780209
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPON.
NOA/N
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: THIS ORDER CAN BE MODIFIED UPON SUBMISSION OF A SUPERCEDING
```

MIS/FAMILY COURT ORDER;
DNA/N
ORI IS YONKERS CITY PD YONKERS 914 377-7900
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
NIC/H495296398 DTE/20100715 1118 EDT DLU/20100715 1118 EDT


**The following information is provided in response to a search of the NCIC Protection Order files
based on:**

- **Name: ROGERS, JELANI R**
- **Sex: M**
- **Race: B**
- **Date of Birth: 06/28/1979**
- **Social Security number: 421069888**
- **FBI number: 501434DB9**


NY0590700

*****WARNING - THE FOLLOWING IS AN EXPIRED NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/EXPIRED TEMPORARY PROTECTION ORDER
ORI/NY0590000 NAM/ROGERS,JELANI SEX/M RAC/B
DOB/19790628 EYE/BLK HAI/BLK
PNO/2009-001434 BRD/N ISD/20090408 EXP/20090528 CTI/NY059023J
PPN/BOURDEAU,JAVONNE PSX/F PPR/B PPB/19861007 PSN/130702028
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
MIS/14 - REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE,
MIS/E-MAIL, VOICE-MAIL OR OTHER MEANS WITH JAVONNE BOURDEAU  DOB  10/07/1986
MIS/02- REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT,
MIS/MENACING, RECKLESS ENDANGERMENT, DISORDERLY CONDUCT, INTIMIDATION, CRIMINAL
MIS/MISCHIEF, THREATS OR ANY CRIMINAL OFFENSE AGAINST JAVONNE BOURDEAU (DOB
MIS/10/07/1986);1A - JAVONNE BOURDEAU (DOB  10/07/1986);1B - THE HOME OF JAVONNE
MIS/ BOURDEAU (DOB  10/07/1986) AT 312 UNION AVENUE FLOOR 1ST
DNA/N
ORI IS WESTCHESTER CO DPS DIV OF POLICE WHITE PLAINS 914 864-7701
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.

NIC/H063045300 DTE/20090408 1532 EDT DLU/20090408 1532 EDT

\*\*\*\*\*WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER\*\*\*\*\*

MKE/PROTECTION ORDER
ORI/NY0590700 NAM/ROGERS,JELANI SEX/M RAC/U
DOB/19790628
PNO/2010-001855 BRD/N ISD/20100715 EXP/20120715 CTI/NY059051J
PPN/BAKER,RENIKWA PSX/F PPR/U PPB/19780209
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPON.
NOA/N
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: THIS ORDER CAN BE MODIFIED UPON SUBMISSION OF A SUPERCEDING
MIS/FAMILY COURT ORDER;
DNA/N
ORI IS YONKERS CITY PD YONKERS 914 377-7900
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
NIC/H495296398 DTE/20100715 1118 EDT DLU/20100715 1118 EDT

\*\*\*\*\*WARNING - THE FOLLOWING IS AN EXPIRED NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER\*\*\*\*\*

MKE/EXPIRED TEMPORARY PROTECTION ORDER
ORI/NY0590700 NAM/ROGERS,JELANI SEX/M RAC/B
DOB/19790628
PNO/2010-003180 BRD/N ISD/20101030 EXP/20111030 CTI/NY059051J
PPN/ANDERSON,KANALIA PSX/M PPR/U PPB/19791001
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPON.
NOA/N
DNA/N
ORI IS YONKERS CITY PD YONKERS 914 377-7900
PPN/LITTLE,DONNELLE PSX/M PPR/U PPB/19790318
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
NIC/H085869794 DTE/20101030 1103 EDT DLU/20101030 1104 EDT
NO NCIC PROTECTION ORDER FILE RECORD FBI/501434DB9
NO NCIC PROTECTION ORDER FILE RECORD SOC/421069888

## ❍ III Information                                                    ⬆

**The following information is provided in response to your request for a search of the III based on:**

- **FBI number: 501434DB9**

```
NY0590700
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/501434DB9. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
 FBI              - FBI/501434DB9
 VIRGINIA         - STATE ID/VA1144140X

AN ADDITIONAL RECORD MAY BE OBTAINED FROM FILES WITHIN YOUR STATE.
END
```

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized
individuals or agencies is prohibited by federal law TITLE 42 USC 3771b.
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement
your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

Exhibit L

# Exhibit L

Intentionally Left Blank

Exhibit M

# UNITED STATES DISTRICT COURT

for the
Southern District of New York

Jelani Rondell Rogers
*Plaintiff*

Civil Action No.: **10-CV-9285**
**JUDGE BUCHWALD (NRB)**

v

Arresting Officer Cartagena;
Arresting Officer Montalvo; John Doe
Transport Driver who drove me to the detective
division; Unknown Officer who search my home;
Unknown Officer who search my home.
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Defendant(s) shall reply (answer or move)
to this complaint within the time set forth
on this summons. Prison Litigation Reform
Act § (2)(g)(2).
SO ORDERED.

*Loretta A. Preska*
LORETTA A. PRESKA
CHIEF JUDGE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or *(3)* you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff(s) attorney, whose name and address are:

### *PRO SE JELANI RONDELL ROGERS # 48646*
### WESTCHESTER COUNTY JAIL
### 10 COUNTY ROAD 300
### VALHALLA, NY 10595

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J KRAJICK
*CLERK OF COURT*

*V. Jones*

Date:    December 22nd , 2010

_____
*Signature of Clerk or Deputy Clerk*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: December 20, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JELANI RONDELL ROGERS,
                                                            :

                              Plaintiff(s),          :        **ORDER**

         -against-                                  :        10 ___ Civ. 9285 ___ ( UA )

ARRESTING OFFICER                          :

CARTAGENA et al.,
                              Defendant(s).          :
-------------------------------------------------------------x

Leave to proceed in this Court without payment of fees is authorized.  28 U.S.C. § 1915.


SO ORDERED.

                                                    _Loretta A. Preska_
                                         _____
                                              LORETTA A. PRESKA
                                                  Chief Judge

Dated:  December 20, 2010
          New York, New York

# 10 CIV. 9285

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Jelani Bondell Rogers_

#2

(In the space above enter the full name(s) of the plaintiff(s).)

v.

Defendant No. 1 ARRESTING OFFICER → CARTAGENA

Defendant No. 2 ARRESTING officer → MONTALVO

Defendant No. 3 Jhon Doe / TRANSPORT DRIVER who
DROVE ME to the Detective Division

Defendant No. 4 Unknown officer who search My
Home #①

Defendant No. 5 Unknown officer who search my
Home #②

## COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes ___  No ✓
(check one)

(In the space above enter the full name(s) of the defendant(s). If
you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and attach
an additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. No addresses should be included here.)

I.    **Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff    Name    _Jelani Rogers_
ID #    _431040_
Current Institution    _Westchester County Jail_
Address    _PO Box 10_
    _Valhalla NY 10595_

B.    List all defendants' names, positions, places of employment, and the address where each defendant
may be served. Make sure that the defendant(s) listed below are identical to those contained in the
above caption. Attach additional sheets of paper as necessary.

D.    Facts:    SEE   ATT
Statement of Claim

What
happened
to
you?

Who
did
what?

Was
anyone
else
involved
?

Who
else
saw
what
happened?

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____   No _____

## Statement of Claim

On Oct 29, 2010. I walked out of my home on 16 Mulberry St. in Yonkers NY I saw a plain all black Crown Vic with 2 male Detetives just sitting there as I pulled from the curb in my 1999 4 wheel Drive Chevy Tahoe they pulled off right behind me. I was on my way to work. I was getting on the highway when a blue & white police car pulled pass me and stopped in front of me. I was pulled over at gun point grabbed out of my truck slammed to the ground cuffed and thrown in the back of the blue & white police car.

While I was in the back looking out the back window Now there were more officers on the scene going threw my truck throwing things on the floor. The Driver of the blue & white stole one of my hunting knifes that was in my fishing kit. Then the Detectives that was in the black Crown Vic came & ask me to tell them where the gun was or they would get a warrent & tear the truck apart and hold it in the tow yard for months. I told the officer I didn't own carry or want any type

WARRANT for a HAM sandwhich. I then was READ MY RIGHTS & I invoke my right for a Lawyer I was still questioned for 45 mins more. I was ask to give them permission to search my home. I said NO. I was ask to give a DNA sample I said my DNA is in the Computer.

I was then taken to Central Booking in Yonkers on Alexander street. I ask the officer where are my phone & my house Keys I was told they were takeing it. I asked about Due Process He then said fuck your Due Process Sue him if I didit lIKE it. He then Proceeded to take my cellphone & house Keys told the Booking officer not to let me use the phone till he called AND gave the word. I ask was that what everyone had to Do. I was told that they were working on the phone lines. I then asked about due process the Booking officer who looked lIKE the DARK hared version of Jhon Candy. said Not till I get the word from your arresting officers then you can make the call.

When I finely got my phone call my fiance said she was at my home on 116 Mulberry st saying she came to my home and the Keys were in the Door. When she walked in the 2 arresting officers

And hunting tackle Box. 1. Box of the whole 1979 BASEBALL CARDS full years set for every team. No DVDs or CDs in truck no place had over .50 CDs+DVDs all gone. All that stuff missing and all the tires to the truck where flat with nails in them passagers side axle Bent Do to towing & Not being towed properly on a flat BED plus the 910⁰⁰ CASH to get the truck out after it was finaly Released. My rights from the arrest and the search of my home with no warrant was a unjust Violation of my rights.

## I     RELIEF Sought:

I Jebani Rogers would like to be compensated for the violations of my constitutional rights as well as any and all Destruction of my property & cleaning fee's for my home as well as punitive damages.

① Violations of my 4th, 5th, 11th, 14th, 6th And 9th amendment rights.

② Property Damages as follow
One whole Desk Top Mac Computer studio version
One Dell Computer Tower in Bed Room

Signed this 17th day of _____Nov_____, 2010. I declare under penalty of perjury that the foregoing is true and correct.

<div style="margin-left:40%;">

Signature of Plaintiff    _Teflani. Rogers_

Inmate Number    _481040_

Mailing address    _PO Box 10_

_Valhalla NY_

_10595_

</div>

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 17th day of _____Nov_____, 2010, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  _____

rev. 09/04

7

Exhibit N

Mark W. Blanchard
Corporation Counsel for the City of Yonkers
40 South Broadway
City Hall, Room 300
Yonkers, New York 10701
By: Rory McCormick (RM 3994)
Associate Corporation Counsel



RECEIVED MAR 3 0 2011 U.S.D.C. WP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JELANI RONDELL ROGERS,

                                          Plaintiff,

        -against-

ARRESTING OFFICER CARTAGENA;
ARRESTING OFFICER MONTALVO;  JOHN DOE
TRANSPORT DRIVER WHO DROVE ME TO THE
DETECTIVE DIVISION;  UNKNOWN OFFICER
WHO SEARCH MY HOME 1;  UNKNOWN
OFFICER WHO SEARCH MY HOME 2,

                                       Defendants.
------------------------------------------------------------------------X

**ANSWER**

10-CV-9285 (NRB)

        Defendants, ARRESTING OFFICER CARTAGENA and ARRESTING

OFFICER MONTALVO by their attorney, Mark W. Blanchard, Corporation Counsel of

the City of Yonkers, as and for its Answer to the Complaint respectfully allege as

follows:

        FIRST:  Denies knowledge or information sufficient to form a belief as to the

truth of any of the allegations set forth in the paragraph designated "I. A." of the

Complaint.

        SECOND:  Denies knowledge or information sufficient to form a belief as to the

truth of any of the allegations set forth in the paragraph designated "I. B." of the

Complaint except admit that Detective Hector Cartagena is employed by the City of

Yonkers in the Yonkers Police Department and Detective Robert Montalvo is employed by the City of Yonkers in the Yonkers Police Department.

THIRD: Denies upon information and belief, each and every allegation contained in the Statement of Claim portion of the Complaint except those conclusions of law which accordingly require no response.

FOURTH: Deny all allegations in the "Relief Sought" portion of the Complaint, except those conclusions of law which accordingly require no response; and except admit that Plaintiff purports to proceed as stated therein.

## AS AND FOR A FIRST DEFENSE:

FIFTH: Plaintiff fails to state a claim for which this Court may grant relief.

## AS AND FOR A SECOND DEFENSE:

SIXTH: There was probable cause to arrest plaintiff.

## AS AND FOR A THIRD DEFENSE:

SEVENTH: There was probable cause to prosecute plaintiff.

## AS AND FOR A FOURTH DEFENSE:

EIGHTH: Plaintiff's home was searched pursuant to a search warrant.

## AS AND FOR A FIFTH DEFENSE:

NINTH: The individual defendants, Hector Cartagena and Robert Montalvo are protected by the doctrine of qualified immunity.

WHEREFORE, defendants request judgment dismissing the Complaint together with costs, disbursements, and attorneys' fees and any other relief the Court deems just and proper.

Dated: March 30, 2011
Yonkers, New York

Yours, etc.,

Mark W. Blanchard
Corporation Counsel for the City of Yonkers
City Hall, Room 300
Yonkers, New York 10701
(914) 377-6256

By: _____
Rory McCormick (RM 3994)
Associate Corporation Counsel

TO: Jelani Rondell Rogers – ID# 48646
Westchester County Jail
P.O. Box 10
Valhalla, New York 10595

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2011 I caused a true and correct copy of the foregoing ANSWER to be served by regular mail upon:

> Jelani Rondell Rogers – ID# 48646
> Westchester County Jail
> P.O. Box 10
> Valhalla, New York 10595

Dated: March 30, 2011
       Yonkers, New York

_Rory McCormick_
Rory McCormick

Exhibit O

LA# 123781 @ 1708

# YONKERS POLICE DEPARTMENT
## IMPOUND/INVENTORY/RECOVERED REPORT

**INCIDENT CODE**

**DISTRIBUTION**
White .......... Central Records
Yellow .......... Investigations/Crime Anal.
Pink .......... Precinct Tow Record
Goldenrod .......... Tow Operator

**1. INCIDENT TYPE/REASON FOR IMPOUND.**
- ☐ RECOVERED STOLEN VEHICLE
- ☐ Local
- ☐ F.O.A./Specify
- ☐ V & T VIOLATIONS
- ☐ EVIDENCE
- ☒ SAFE-KEEPING
- ☐ DWI
- ☐ OTHER/Explain:

**2. INCIDENT NUMBER** 93 #4543

**3. WHEN REPORTED** M 10 D 29 Y 10 T 1708

**4. LOCATION OF OCCURRENCE** Rumsey Rd & Sawmill Pkwy

**5. SECTOR** 304

**6. OWNER'S NAME (LAST, FIRST, MIDDLE)** Rogers, Jelani

**7. OWNER'S ADDRESS** 2 Spruce St. 2 Yonkers, N.Y. 1054

**8. OWNER'S PHONE**

**9. OWNER AT SCENE** ☒ YES ☐ NO

**10. VEHICLE MAKE/MODEL** Chevrolet Tahoe

**11. YEAR** 1999

**12. TYPE** SUBN

**13. COLOR (TOP/BOTTOM)** BLACK

**RECOVERED VALUE**

**14. LICENSE PLATE NO. & REGISTRATION** STATE NY YEAR — E S F 5 G F 6

**15. LICENCE PLATES RECOVERED** ☒ YES 2 ☐ NO

**16. VIN NUMBER** 1GNEK13R1XJ522971

**17. VEHICLE TOWED** ☒ YES ☐ NO

**18. TOWED FROM** Rumsey P Swm Pw

**19. TOWED TO:** 27 Worth St.

**20. TOWED BY:** DonGeo

**PHONE NO.:** 968-6779

**21. VEHICLE**
- ☐ GOOD
- ☐ FAIR
- ☒ POOR
- ☐ JUNK

**MILEAGE** 237096

**23. VEHICLE EQUIPMENT**

| | YES | NO | |
|---|---|---|---|
| AIR CONDITIONER | | ☐ | |
| BATTERY | ☒ | | |
| WHEEL COVERS NUMBER | ☒ | | |
| CUSTOM WHEELS | ☒ | | |
| ENGINE | ☒ | | |
| TRANSMISSION | ☒ | | |

| | YES | NO | |
|---|---|---|---|
| WHEELS NO. | ☒ | | 4 |
| RADIO | ☒ | | |
| TAPE DECK | | | |
| C.B. RADIO | | | |
| SPARE TIRE | | | |
| JACK | | | |

**24. PERSONAL PROPERTY INVENTORY**
Speakbox
Misc C.Ds

**22. TRUNK EXAMINED** ☒ YES ☐ NO

**25. SIGNATURE OF TOW OPERATOR/OWNER**

**PERMIT #**

### ADDITIONAL WORK DONE BY TOW OPERATOR
- ☐ PREPARATION FOR TOWING
- ☐ USE OF DOLLY WHEELS
- ☐ FLAT BED TOW TRUCK
- ☐ WINCHING FROM OFF ROADWAY
- ☐ OTHER: _____

**26. PERSON(S) ARRESTED – (LAST, FIRST, MIDDLE):** Rogers, Jelani

**D.O.B.** 6/28/79

**RACE** B

**SEX** M

**27. SUMMONS NUMBER(S), IF ANY.**

**28. NARRATIVE:** ADDITIONAL INFORMATION WHICH IS EXTENSION OF ABOVE BOXES: VISIBLE DAMAGE TO VEHICLE, METHOD OF THEFT, CIRCUMSTANCES OF IMPOUND

Mr. Jelani Rogers is a suspect in a shooting that took place on 10/23/10 on Mulberry St. The undersigned stopped the suspect's vehicle on Rumsey Rd. Suspect was the driver with no passengers. Suspect was subsequently arrested by the undersigned assisted by PO.'s Morante/DiBenedetto. Suspect's vehicle impounded for safekeeping, towed by DonGeo.

**29. TELETYPE NOTIFIED** ☐ YES ☐ NO

**NOTIFICATION BY**

**DATE/TIME**

**ALARM** ☐ SENT ☐ CANCELLED

**ALARM NO.**

**30. PROCESSING REQUIRED** ☐ PHOTO ☐ PRINT OTHER: _____

**31. CIU NOTIFIED BY**

**DATE/TIME**

**32. OWNER NOTIFIED BY** At Scene

**DATE/TIME** 10/28/10 1708

**33. NCIC CHECKED BY**

**DATE/TIME**

**34. REPORTING OFFICERS (NAME)** Det. H. Chiragans / Det. R. Maintalvo

**SHIELD NO.** 676/630

**35. CERTIFIED BY**

Exhibit P

| FORM NO.<br>YPD-11<br>Rev. 8/07 | **YONKERS POLICE DEPARTMENT**<br>**IMPOUND/INVENTORY/RECOVERED REPORT** | INCIDENT<br>CODE | **DISTRIBUTION**<br>White .......... Central Records<br>Yellow ...... Investigation/Crime Anal.<br>Pink ............. Precinct Tow Record<br>Goldenrod ...... Tow Operator |
|---|---|---|---|

**1. INCIDENT TYPE/REASON FOR IMPOUND.**
- ☐ RECOVERED STOLEN VEHICLE
- ☐ Local
- ☐ F.O.A./Specify
- ☐ V & T VIOLATIONS
- ☒ EVIDENCE
- ☐ SAFE-KEEPING
- ☐ DWI
- ☐ OTHER/Explain:

**2. INCIDENT NUMBER** 123793

**3. WHEN REPORTED** M 10 D 23 Y 2010 T 2300

**4. LOCATION OF OCCURRENCE** c/o Ashburton Ave / sawmill river rd

**5. SECTOR** 402

**6. OWNER'S NAME (LAST, FIRST, MIDDLE)** WELLS, LAMON J

**7. OWNER'S ADDRESS** 201 Ravine Ave 7fl Yonkers NY 10701

**8. OWNER'S PHONE**

**9. OWNER AT SCENE** ☐ YES ☐ NO

**10. VEHICLE MAKE/MODEL** Lincoln Navigator

**11. YEAR** 1998

**12. TYPE** SUBN

**13. COLOR (TOP/BOTTOM)** SILVER/GR

**RECOVERED VALUE** UNK

**14. LICENSE PLATE NO. & REGISTRATION** STATE NY YEAR 1/7/12

E M V 8 5 6 2

**15. LICENCE PLATES RECOVERED** ☒ YES ☐ NO

**16. VIN NUMBER** 5LMPU28L5WLJ44835

**17. VEHICLE TOWED** ☒ YES ☐ NO

**18. TOWED FROM:** c/o Ashburton / Saw mill

**19. TOWED TO:** 711 SAW MILL RD

**20. TOWED BY:** APOW **PHONE NO.:** (914) 423-5715

**21. VEHICLE**
- ☐ GOOD
- ☒ FAIR
- ☐ POOR
- ☐ JUNK

**MILEAGE** UNK

**23. VEHICLE EQUIPMENT**
| | YES | NO | |
|---|---|---|---|
| AIR CONDITIONER | ☒ | ☐ | |
| BATTERY | ☐ | ☐ | |
| WHEEL COVERS NUMBER | ☐ | ☐ | |
| CUSTOM WHEELS | ☒ | ☐ | |
| ENGINE | ☒ | ☐ | |
| TRANSMISSION | ☒ | ☐ | |

| | YES | NO | |
|---|---|---|---|
| WHEELS NO. | ☒ | ☐ | |
| RADIO | ☐ | ☐ | |
| TAPE DECK | ☒ | ☐ | |
| C.B. RADIO | ☐ | ☐ | |
| SPARE TIRE | ☐ | ☐ | |
| JACK | ☐ | ☒ | |

**24. PERSONAL PROPERTY INVENTORY**

**22. TRUNK EXAMINED** ☒ YES ☐ NO

**25. SIGNATURE OF TOW OPERATOR/OWNER** **PERMIT #** 24

**ADDITIONAL WORK DONE BY TOW OPERATOR**
- ☐ PREPARATION FOR TOWING
- ☐ USE OF DOLLY WHEELS
- ☐ FLAT BED TOW TRUCK
- ☐ WINCHING FROM OFF ROADWAY
- ☐ OTHER: ____

**26. PERSON(S) ARRESTED – (LAST, FIRST, MIDDLE):** | D.O.B. | RACE | SEX | **27. SUMMONS NUMBER(S), IF ANY**

**28. NARRATIVE:** ADDITIONAL INFORMATION WHICH IS EXTENSION OF ABOVE BOXES: VISIBLE DAMAGE TO VEHICLE, METHOD OF THEFT, CIRCUMSTANCES OF IMPOUND

ABOVE VEHICLE WAS IMPOUNDED FOR EVIDENCE DUE TO ITS INVOLVEMENT IN A SHOTS FIRED INCIDENT.

**29. TELETYPE NOTIFIED** ☐ YES ☐ NO | **NOTIFICATION BY** | **DATE/TIME** | **ALARM** ☐ SENT ☐ CANCELLED | **ALARM NO.**

**30. PROCESSING REQUIRED** ☐ PHOTO ☐ PRINT OTHER: | **31. CIU NOTIFIED BY** | **DATE/TIME**

**32. OWNER NOTIFIED BY** At Scene | **DATE/TIME** | **33. NCIC CHECKED BY** | **DATE/TIME**

**34. REPORTING OFFICERS (NAME)** Donez / Jonsten | **SHIELD NO.** 135/428 | **35. CERTIFIED BY**

Exhibit Q

| FORM NO.<br>YPD-11<br>Rev. 8/07 | YONKERS POLICE DEPARTMENT<br>IMPOUND/INVENTORY/RECOVERED REPORT | INCIDENT<br>CODE | DISTRIBUTION<br>White ........... Central Records<br>Yellow ........ Investigations/Crime Anal.<br>Pink ........... Precinct Tow Record<br>Goldenrod ... Tow Operator |
|---|---|---|---|

**1. INCIDENT TYPE/REASON FOR IMPOUND.**
- ☐ RECOVERED STOLEN VEHICLE
- ☐ Local
- ☐ F.O.A./Specify
- ☐ V & T VIOLATIONS
- ☒ EVIDENCE
- ☐ SAFE-KEEPING
- ☐ DWI
- ☐ OTHER/Explain:

**2. INCIDENT NUMBER** 123793

| 3. WHEN REPORTED | M 10 | D 23 | Y 10 | T 2225 | 4. LOCATION OF OCCURRENCE 30 Mulberry St. | 5. SECTOR 402 |
|---|---|---|---|---|---|---|

**6. OWNER'S NAME (LAST, FIRST, MIDDLE)**
Ramirez, Melissa, V

**7. OWNER'S ADDRESS** 212 Mean Jr. #2 Ridgefield Pk, NJ, 07660

**8. OWNER'S PHONE**

**9. OWNER AT SCENE** ☒ YES ☐ NO

| 10. VEHICLE MAKE/MODEL Saab / 73 | 11. YEAR | 12. TYPE 4dn | 13. COLOR (TOP/BOTTOM) GY | RECOVERED VALUE UNK |
|---|---|---|---|---|
| | 00 | | | |

| 14. LICENSE PLATE NO. & REGISTRATION | STATE NJ | YEAR 11-30-12 | 15. LICENCE PLATES RECOVERED ☒ YES ☐ NO | 16. VIN NUMBER YS3DF58KXY200 8005 |
|---|---|---|---|---|
| | Y N P 2 9 P | | | |

| 17. VEHICLE TOWED ☒ YES ☐ NO | 18. TOWED FROM: 104 S. Broadway | 19. TOWED TO: 4th Pct | 20. TOWED BY: Don Glo | PHONE NO.: 968-6299 |
|---|---|---|---|---|

**21. VEHICLE**
- ☐ GOOD
- ☒ FAIR
- ☐ POOR
- ☐ JUNK

MILEAGE UNK

**23. VEHICLE EQUIPMENT**

| YES NO | | YES NO | |
|---|---|---|---|
| ☒ ☐ AIR CONDITIONER | | ☒ ☐ WHEELS NO. 4 | |
| ☒ ☐ BATTERY | | ☒ ☐ RADIO | |
| ☐ ☐ WHEEL COVERS NUMBER | | ☐ ☐ TAPE DECK | |
| ☒ ☐ CUSTOM WHEELS | | ☒ ☐ C.B. RADIO | |
| ☒ ☐ ENGINE | | ☒ ☐ SPARE TIRE | |
| ☒ ☐ TRANSMISSION | | ☒ ☐ JACK | |

**24. PERSONAL PROPERTY INVENTORY**

**22. TRUNK EXAMINED** ☐ YES ☐ NO

**25. SIGNATURE OF TOW OPERATOR/OWNER** PERMIT #

**ADDITIONAL WORK DONE BY TOW OPERATOR**
- ☐ PREPARATION FOR TOWING
- ☐ USE OF DOLLY WHEELS
- ☐ FLAT BED TOW TRUCK
- ☐ WINCHING FROM OFF ROADWAY
- ☐ OTHER: _____

| 26. PERSON(S) ARRESTED – (LAST, FIRST, MIDDLE): | D.O.B. | RACE | SEX | 27. SUMMONS NUMBER(S), IF ANY |
|---|---|---|---|---|
| | | | | |
| | | | | |

**28. NARRATIVE:** ADDITIONAL INFORMATION WHICH IS EXTENSION OF ABOVE BOXES: VISIBLE DAMAGE TO VEHICLE, METHOD OF THEFT, CIRCUMSTANCES OF IMPOUND

ABOVE VEHICLE WAS IMPOUNDED FOR EVIDENCE DUE TO ITS INVOLVEMENT to A SHOTS FIRED INCIDENT

| 29. TELETYPE NOTIFIED ☐ YES ☐ NO | NOTIFICATION BY | DATE/TIME | ALARM ☐ SENT ☐ CANCELLED | ALARM NO. |
|---|---|---|---|---|

**30. PROCESSING REQUIRED** ☐ PHOTO ☐ PRINT OTHER:

**31. CIU NOTIFIED BY**

DATE/TIME

**32. OWNER NOTIFIED BY** At Scene

DATE/TIME

**33. NCIC CHECKED BY**

DATE/TIME

| 34. REPORTING OFFICERS (NAME) PO Butz/Donohoe PO | SHIELD NO. 1351428 | 35. CERTIFIED BY |
|---|---|---|

# YONKERS POLICE DEPARTMENT
## IMPOUNDED VEHICLE RELEASE FORM

U.F. 54A (11/87)

N.C.R. PAPER
(NO CARBON REQUIRED)

| Serial No. 123793 | Date 10/24/10 | Time 8:00 ~~am~~ (pm) |
|---|---|---|

**VEHICLE RELEASED FROM YONKERS POLICE CUSTODY:**

| Date 10/24/10 | Time 8:00 ~~am~~ (pm) |
|---|---|

Released to: RAMON J. WELLS

Complete Address of Person Vehicle Is Released To: 201 RAVINE AVE. Yonkers

Reason: OWNER, PROVIDED PROPER PAPERWORK

Authority: DET. H. CARTAGENA #676

| Full Name & No. of Dispatcher Notified: DONEY #76 | T.T. ALARM HAS   Yes ( )  BEEN CANCELLED:   No ( ) |
|---|---|

| Dispatcher Notified By Whom? H. CARTAGENA 676 | Date 10/24/10 | Time 4:36 ~~am~~ (pm) |
|---|---|---|

| Tow Operator Notified By Whom? H. CARTAGENA 676 | Date 10/24/10 | Time 4:40 ~~am~~ (pm) |
|---|---|---|

Full Name of Tow Operator or Agent Notified: MICHAEL / APOW

| MAKE LINCOLN | MODEL NAV. | REG. # (If Reg.) EMV8562 | STATE NY | V.I.N. # 5LMPV28L5WLJ44835 |
|---|---|---|---|---|

REMARKS: NOT NEEDED

SIGNATURE OF PERSON TO WHOM RELEASED: (X) R— Well

DESK OFFICER: Sgt. _____ #___

COMMANDING OFFICER:

**Distribution:** ORIGINAL to vehicle claimant; COPY to Central Records; COPY to Communications Division; COPY for command's files.

Exhibit R

# 10 6226

**FELONY COMPLAINT**

THE PEOPLE OF THE STATE OF NEW YORK
-against-

**JELANI ROGERS**  16 Mulberry Street Yonkers NY

6/28/79

Defendant(s)

Be it known that the complainant herein Detective Cartagena, of the City of Yonkers Police Department, Westchester County, New York, accuses the defendant(s) named above of the following offense(s) committed at 30 Mulberry Street Yonkers NY, City of Yonkers, New York at about 10/23/10 22:25

**COUNT ONE:** The Offense of ATTEMPTED MURDER IN THE SECOND DEGREE, a violation of Penal Law PL 110/125.25 01 BF
**COUNT TWO:** The Offense of ATTEMPTED MURDER IN THE SECOND DEGREE, a violation of Penal Law PL 110/125.25 01 BF

The Defendant(s) at the above date, time and place did with intent to cause the death of another person, attempted to cause the death of such person or of a third person. The Defendant(s) at the above date, time and place did with intent to cause the death of another person, attempted to cause the death of such person or of a third person.

To wit: The defendant() at the above date, time and place, did discharge a firearm at Donnelle Little and Kanalia Anderson with the intent to cause the death of said individuals.

The above allegation(s) of fact are made by the complainant herein on direct knowledge (and upon information and belief), with the source(s) of complainant's information and the grounds for his or her belief being Police Investigation

**NOTICE: PURSUANT TO THE PENAL LAW, SECTION 210.45, IT IS A CRIME PUNISHABLE AS A CLASS A MISDEMEANOR TO KNOWINGLY MAKE A FALSE STATEMENT HEREIN.**

October 30, 2010

_____
Signed